# EXHIBIT 8

**Exhibit 8**

**Infringement of United States Patent 9,320,536 (the "'536 Patent") by BTL Exion Fractional Microneedle RF Products**

Serendia contends that at least the following claims of United States Patent 9,320,536 (the "'536 Patent") are infringed by the BTL Exion Fractional Microneedle RF Product (hereinafter "BTL Accused Product").[1] It should be understood that Serendia's contentions are not limited to this product but instead encompass any and all reasonably similar products and components that infringe in the same or similar manner as discussed below.[2]

| Claim Language | Accused Products |
|---|---|
| 1[pre] A method of treating dermatological tissue, comprising: | To the extent the preamble is limiting, the BTL Accused Product is used to perform a method of treating dermatological tissue according to Claim 1.<br><br>For example, the BTL Accused Product comprises an RF microneedling system for treating dermatological tissue: |

---

[1] Serendia reserves the right to identify different or additional BTL Accused Products and amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

[2] This analysis is preliminary, and Serendia's investigation is ongoing. Serendia reserves the right to amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
| --- | --- |
| |  |
| | BTL website (https://www.btlaesthetics.com.ph/exion/fractional-rf). |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| |  |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
|  |  EXION Fractional RF Video at 0:13, 0:45 (https://www.youtube.com/watch?v=SNIFFLupgd0). |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | <br><br>Microneedling RF With BTL Exion at 0:20 (https://www.youtube.com/watch?v=JALCXMr4pBE). |
| 1[a1] placing a user holdable device releasably couplable deployable needle assembly end surface on or near dermatological tissue to be treated, the holdable device including a proximal end and the releasably couplable deployable needle assembly, | The method of using the BTL Accused Product comprises placing a user holdable device releasably couplable deployable needle assembly end surface on or near dermatological tissue to be treated, the holdable device including a proximal end and the releasably couplable deployable needle assembly.<br><br>For example, the user holdable device in the BTL Accused Product includes a proximal end (shown in red) and releasably couplable needle assembly (shown in green). |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| |  Microneedling RF With BTL Exion at 0:20 (https://www.youtube.com/watch?v=JALCXMr4pBE). |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | <br><br>Figure 23: EXION Fractional RF applicator (BTL-785-4)<br><br>1. applicator display<br>2. trigger button<br>3. exchangeable single use tip<br><br>Figure 24: EXION Fractional RF applicator (BTL-785-4) Exchangeable single use tips |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| |  6. Attach and detach the tip according to the instructions in the table below. <br><br> To detach the tip, press both grooved grips while pulling the tip out of the applicator. Each disposable tip has limited lifetime. The device will require a new tip to be connected if the treatment exceeds the tip's pulse life. <br><br> Attach the tip in the direction so that the middle protrusion on the tip follows the middle gap on the applicator. Keep pressing the grooved grips until the tip locks into position. <br><br> Figure 29: Attaching and detaching the EXION Fractional RF Applicator (BTL-785-4) tip <br><br> BTL Aesthetics Exion Operator Manual at 62, 67. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | **Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>The BTL-785W device consists of the following main components:<br><br>• microprocessor-driven control unit<br>• radiofrequency generator<br>• user interface with 15.6" color touch screen<br>• applicators for an application of radiofrequency<br>• exchangeable applicator tips<br><br>The BTL-785W device has similar technological characteristics compared to its predicate device. The BTL-785W device and the predicates are comprised of a system console and applicator(s). The system console consists of the RF generator, computer, and a touch-screen control panel. The device is accompanied by four applicators enabling connection to exchangeable tips.<br><br>BTL Exion 510(k) K211639 at 6, 9.<br><br>During treatment, the user holdable device releasably couplable deployable needle assembly end surface is placed on or near dermatological tissue to be treated (as shown in purple). |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| |  Microneedling RF With BTL Exion at 0:20 (https://www.youtube.com/watch?v=JALCXMr4pBE). The needle assembly end surface is the plane at the end of the needle assembly when the needles are retracted. And the needles extend past this plane during treatment to deliver RF energy. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| |  Microneedling RF With BTL Exion at 0:25 (https://www.youtube.com/watch?v=JALCXMr4pBE). |
| 1[a2] the deployable needle assembly mechanically separatably from the proximal end and including a plurality of needles extendable from the deployable needle assembly end surface, | The deployable needle assembly of the BTL Accused Product is mechanically separable from the proximal end and including a plurality of needles extendable from the deployable needle assembly end surface.<br><br>For example, in the BTL Accused Product, the needle assembly (shown below in green) includes the deployable needle assembly, and is mechanically separable from the proximal end (shown below in red): |

| Claim Language | Accused Products |
|---|---|
|  |  Microneedling RF With BTL Exion at 0:25 (https://www.youtube.com/watch?v=JALCXMr4pBE). |

| Claim Language | Accused Products |
|---|---|
| | **Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>The BTL-785W device consists of the following main components:<br><br>   • microprocessor-driven control unit<br>   • radiofrequency generator<br>   • user interface with 15.6" color touch screen<br>   • applicators for an application of radiofrequency<br>   • exchangeable applicator tips<br><br>The BTL-785W device has similar technological characteristics compared to its predicate device. The BTL-785W device and the predicates are comprised of a system console and applicator(s). The system console consists of the RF generator, computer, and a touch-screen control panel. The device is accompanied by four applicators enabling connection to exchangeable tips.<br><br>BTL Exion 510(k) K211639 at 6, 9. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | <br><br>Figure 23: EXION Fractional RF applicator (BTL-785-4)<br><br>1. applicator display<br>2. trigger button<br>3. exchangeable single use tip<br><br>Figure 24: EXION Fractional RF applicator (BTL-785-4) Exchangeable single use tips |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | 6. Attach and detach the tip according to the instructions in the table below.<br><br>Figure 29: Attaching and detaching the EXION Fractional RF Applicator (BTL-785-4) tip<br><br>BTL Aesthetics Exion Operator Manual at 62, 67. |

15                                                  Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | The needle assembly in the BTL Accused Product, includes a plurality of needles extendable from the deployable needle assembly end surface.<br><br> |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
|  | <br><br>EXION Fractional RF Video at 0:21, 0:22 (https://www.youtube.com/watch?v=SNIFFLupgd0). |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | ### 3.1. Fractional RF treatment<br><br>#### 3.1.1. Non-insulated microneedle tip<br><br> |

| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |
|---|---|---|---|---|---|
| Face | OFF | 30 - 90 | 0.5 - 2.5 | 2 - 5 | 1 - 6 |
| Body | ON | 30 - 100 | 1.5 – 4 | 2 - 5 | 1 - 6 |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | ### 3.1.2. Insulated microneedle tip<br><br>| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |<br>|---|---|---|---|---|---|<br>| Face | OFF | 30 - 70 | 0.5 - 2.5 | 2 - 5 | 1 - 6 |<br>| Body | ON | 30 - 80 | 1.5 - 3.5 | 2 - 5 | 1 - 6 |<br><br>BTL Exion Fractional RF Clinical Guide at 6, 7. |
| 1[a3] one of the proximal end and the deployable needle assembly including at least one electrical conductor and the other including at least one restorably deflectable electrical contact couplable to the one of the proximal end and the deployable | In the BTL Accused Product, one of the proximal end and the deployable needle assembly includes at least one electrical conductor and the other includes at least one restorably deflectable electrical contact couplable to the one of the proximal end and the deployable needle assembly at least one electrical conductor.<br><br>For example, the BTL Accused Product has a proximal end (shown below in red) and a removable needle assembly (shown below in green). |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| needle assembly at least one electrical conductor; |   Microneedling RF With BTL Exion at 0:25 (https://www.youtube.com/watch?v=JALCXMr4pBE). |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | **Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>The BTL-785W device consists of the following main components:<br><br>    • microprocessor-driven control unit<br>    • radiofrequency generator<br>    • user interface with 15.6" color touch screen<br>    • applicators for an application of radiofrequency<br>    • exchangeable applicator tips<br><br>The BTL-785W device has similar technological characteristics compared to its predicate device. The BTL-785W device and the predicates are comprised of a system console and applicator(s). The system console consists of the RF generator, computer, and a touch-screen control panel. The device is accompanied by four applicators enabling connection to exchangeable tips.<br><br>BTL Exion 510(k) K211639 at 6, 9. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
|  |

Figure 23: EXION Fractional RF applicator (BTL-785-4)

1. applicator display
2. trigger button
3. exchangeable single use tip

Figure 24: EXION Fractional RF applicator (BTL-785-4) Exchangeable single use tips |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| |  6. Attach and detach the tip according to the instructions in the table below. To detach the tip, press both grooved grips while pulling the tip out of the applicator. Each disposable tip has limited lifetime. The device will require a new tip to be connected if the treatment exceeds the tip's pulse life. Attach the tip in the direction so that the middle protrusion on the tip follows the middle gap on the applicator. Keep pressing the grooved grips until the tip locks into position. Figure 29: Attaching and detaching the EXION Fractional RF Applicator (BTL-785-4) tip |

BTL Aesthetics Exion Operator Manual at 62, 67.

The proximal end of the user handheld device includes a restorably deflectable electrical contact (shown below in blue).

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | <br><br>BTL Exion handpiece Photos.<br><br>The needle assembly includes at least one electrical conductor (shown in yellow). |

| Claim Language | Accused Products |
|---|---|
| | <br><br>BTL Exion Fractional RF Clinical Guide at 6.<br><br>The at least one electrical conductor in the needle assembly couples to the at least one restorably deflectable electrical contact in the proximal end as shown by the green arrows below. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | Left: BTL Exion handheld device Photos; Right: BTL Exion Fractional RF Clinical Guide at 6. |
| 1[b] communicating electrical signals from the proximal end to the plurality of the extendable needles; | The method of using the BTL Accused Product comprises communicating electrical signals from the proximal end to the plurality of the extendable needles. For example, the BTL Accused Product communicates electrical signals from the proximal end to the plurality of the extendable needles via the application of RF energy regarding the user-selected treatment parameters: |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | **Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>The BTL-785W device consists of the following main components:<br><br><ul><li>microprocessor-driven control unit</li><li>radiofrequency generator</li><li>user interface with 15.6" color touch screen</li><li>applicators for an application of radiofrequency</li><li>exchangeable applicator tips</li></ul><br>BTL Exion 510(k) K211639 at 6. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | **Treatment procedure**<br><br>• Set the treatment parameters. It is recommended to perform several test shots first and observe the skin reaction to verify the parameters.<br>• The choice of treatment parameters should take into consideration the diffusion and depth of the target tissue, as well as its anatomical location. The patient's skin type and tolerance should always be considered.<br>• Use lower treatment settings when treating in close proximity to bone.<br>• Firmly place the applicator perpendicularly to the skin and apply proper pressure to the skin while administering the shots.<br>• For each subsequent pulse, align the edge pulse area with the previous pulse area. There should be no overlap between pulse areas, nor should there be untreated gaps. Pulses should "line up" right next to each other.<br>• Visually monitor the skin for signs of burns throughout the treatment. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | **3.1. Fractional RF treatment**<br><br>**3.1.1. Non-insulated microneedle tip**<br><br><br><br>_table below_ |

| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |
|---|---|---|---|---|---|
| Face | OFF | 30 - 90 | 0.5 - 2.5 | 2 - 5 | 1 - 6 |
| Body | ON | 30 - 100 | 1.5 – 4 | 2 - 5 | 1 - 6 |

These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response.

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | **3.1.2. Insulated microneedle tip**<br><br><br><br>These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response.<br><br>BTL Exion Fractional RF Clinical Guide at 5-7. |

The table within the image:

| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |
|---|---|---|---|---|---|
| Face | OFF | 30 - 70 | 0.5 - 2.5 | 2 - 5 | 1 - 6 |
| Body | ON | 30 - 80 | 1.5 – 3.5 | 2 - 5 | 1 - 6 |

30                                                    Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| |  |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | <br><br>Microneedling RF With BTL Exion at 0:52, 0:54 (https://www.youtube.com/watch?v=JALCXMr4pBE). |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
| --- | --- |
| | **14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**<br><br>Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):<br><br>1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.<br>2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.<br>3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).<br>4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.<br>5. **Applicator** – icon representing currently selected applicator. Tap this icon to select a different applicator.<br>6. **Back** – tap to move to the previous screen.<br>7. **Save** – save the therapy settings as a new preset.<br>8. **List tab** – move to the List screen.<br>9. **Menu** – tap to enter Menu screen for adjusting device settings.<br>10. **Needle depth illustration** – illustrate a needle depth setting.<br>11. **Start** – after treatment parameters are set properly, start the therapy. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
|  |  Figure 27: Ongoing therapy screen – EXION Fractional RF applicator (BTL-785-4)<br><br>BTL Aesthetics Exion Operator Manual at 63, 65. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| 1[c] energizing a motor coupled to a plurality of extendable needles to cause a plurality of the extendable needles to extend a desired distance from the needle assembly end surface; and | The method of using the BTL Accused Product comprises energizing a motor coupled to a plurality of extendable needles to cause a plurality of the extendable needles to extend a desired distance from the needle assembly end surface.

For example, the BTL Accused Product energizes a motor, which is coupled to the plurality of extendable needles to cause them to extend a desired distance from the needle assembly end surface. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
|  |  BTL website (https://www.btlaesthetics.com.ph/exion/fractional-rf). |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | **14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**<br><br>Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):<br><br>1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.<br>2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.<br>3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).<br>4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.<br><br>• Push and hold the trigger button to eject the needles to their maximum length. Visually check the cleanliness of the needles. When the button is released, the needles automatically retract.<br>• Place and hold an alcohol prep pad over the surface of the tip. Be careful to keep your fingers out of the needle ejection area.<br>• Double press the trigger button to eject the needles into the alcohol prep pad. Automatic retraction of the needles follows. Repeat this step several times until the needles are clean.<br><br>BTL Aesthetics Exion Operator Manual at 63, 69. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | <br>Left: BTL Exion handheld device Photos; Right: BTL Exion Fractional RF Clinical Guide at 6. |

| Claim Language | Accused Products |
|---|---|
| | **Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>The BTL-785W device consists of the following main components:<br><br>&bull; microprocessor-driven control unit<br>&bull; radiofrequency generator<br>&bull; user interface with 15.6" color touch screen<br>&bull; applicators for an application of radiofrequency<br>&bull; exchangeable applicator tips<br><br>BTL Exion 510(k) K211639 at 6. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | **Product Description**<br><br>The BTL-785F is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785F device comes with four different types of applicators.<br><br>The BTL-785F device consists of the following main components:<br><br>&bull; microprocessor-driven control unit<br>&bull; radiofrequency generator<br>&bull; user interface with 15.6" color touch screen<br>&bull; applicators for an application of radiofrequency<br>&bull; exchangeable applicator tips<br><br>BTL Exion 510(k) K193201 at 6. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | **Treatment procedure**<br><br>• Set the treatment parameters. It is recommended to perform several test shots first and observe the skin reaction to verify the parameters.<br>• The choice of treatment parameters should take into consideration the diffusion and depth of the target tissue, as well as its anatomical location. The patient's skin type and tolerance should always be considered.<br>• Use lower treatment settings when treating in close proximity to bone.<br>• Firmly place the applicator perpendicularly to the skin and apply proper pressure to the skin while administering the shots.<br>• For each subsequent pulse, align the edge pulse area with the previous pulse area. There should be no overlap between pulse areas, nor should there be untreated gaps. Pulses should "line up" right next to each other.<br>• Visually monitor the skin for signs of burns throughout the treatment. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | **3.1. Fractional RF treatment**<br><br>**3.1.1. Non-insulated microneedle tip**<br><br><br><br>These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response. |

Table within Accused Products:

| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |
|---|---|---|---|---|---|
| Face | OFF | 30 - 90 | 0.5 - 2.5 | 2 - 5 | 1 - 6 |
| Body | ON | 30 - 100 | 1.5 – 4 | 2 - 5 | 1 - 6 |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | 3.1.2. Insulated microneedle tip<br><br>| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |<br>|---|---|---|---|---|---|<br>| Face | OFF | 30 - 70 | 0.5 - 2.5 | 2 - 5 | 1 - 6 |<br>| Body | ON | 30 - 80 | 1.5 – 3.5 | 2 - 5 | 1 - 6 |<br><br>**These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response.**<br><br>BTL Exion Fractional RF Clinical Guide at 5-7. |
| 1[d] energizing the plurality of extended needles via a signal generator electrically coupled to the plurality of extended needles. | The method of using the BTL Accused Product comprises energizing the plurality of extended needles via a signal generator electrically coupled to the plurality of extended needles.<br><br>For example, the BTL Accused Product energizes the plurality of extended needles (shown below): |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
|  | <br><br>BTL website (https://www.btlaesthetics.com.ph/exion/fractional-rf). |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| |  Microneedling RF With BTL Exion at 0:25 (https://www.youtube.com/watch?v=JALCXMr4pBE).<br><br>The BTL Accused Product energizes the plurality of extended needles via a signal generator (*e.g.*, a RF signal generator) electrically coupled to the plurality of extended needles. |

| Claim Language | Accused Products |
|---|---|
| | **Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>The BTL-785W device consists of the following main components:<br><br><ul><li>microprocessor-driven control unit</li><li>radiofrequency generator</li><li>user interface with 15.6" color touch screen</li><li>applicators for an application of radiofrequency</li><li>exchangeable applicator tips</li></ul><br>The BTL-785W device has similar technological characteristics compared to its predicate device. The BTL-785W device and the predicates are comprised of a system console and applicator(s). The system console consists of the RF generator, computer, and a touch-screen control panel. The device is accompanied by four applicators enabling connection to exchangeable tips. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products | |
|---|---|---|
| | **510(k) number**<br>**Device name**<br>**Company name** | K211639<br><br>BTL-785W<br>BTL Industries, Inc. |
| | **Principle of Action** | Application of the heat to the tissue via RF energy.<br><br>Massaging of body parts with massage attachment. (785-1 applicator only)<br><br>Radiofrequency accompanied by electromagnetic stimulation (785-7 applicator only) |
| | **Clinical Use** | Prescription use |
| | **Energy Source** | 100 – 120 V AC, 50/60 Hz<br>200 – 240 V AC, 50/60 Hz |
| | **Type of Energy Applied** | Electromagnetic Energy – Radiofrequency |
| | **Frequency** | 3.2 MHz ± 5%<br>(BTL-785-1, BTL-785-2, and BTL-785-3, BTL-785-7)<br><br>1 MHz ± 5%<br>(BTL-785-4) |
| | **Mode of Operation** | Monopolar |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | <table><tr><td>Ultrasonic Tip Pre-heating Function</td><td>Yes (BTL-785-1, 2)</td></tr><tr><td>Massage Attachment</td><td>Yes (BTL-785-1)</td></tr><tr><td>Number of Microneedles</td><td>6 x 6</td></tr><tr><td>Handsfree applicator</td><td>Yes</td></tr><tr><td>Depth of Microneedle Electrodes</td><td>0.5 – 4 mm</td></tr><tr><td rowspan="2">Number of Pins of Superficial Tips</td><td>32</td></tr><tr><td>64</td></tr><tr><td>Sterilization Method</td><td>Ethylene oxide</td></tr></table><br><br>BTL Exion 510(k) K211639 at 6, 9, 10, 12, 13.<br><br>The signal generator is controlled via a user interface/control panel, and the parameters of the signal can be configured (*e.g.*, "Extended mode," "Energy," "Depth" settings on the control panel): |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| |  BTL Exion UK Debut at 1:41 (https://www.youtube.com/watch?v=U7LG7pjpKhs). |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
| --- | --- |
| | **14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**<br><br>Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):<br><br>1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.<br>2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.<br>3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).<br>4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.<br>5. **Applicator** – icon representing currently selected applicator. Tap this icon to select a different applicator.<br>6. **Back** – tap to move to the previous screen.<br>7. **Save** – save the therapy settings as a new preset.<br>8. **List tab** – move to the List screen.<br>9. **Menu** – tap to enter Menu screen for adjusting device settings.<br>10. **Needle depth illustration** – illustrate a needle depth setting.<br>11. **Start** – after treatment parameters are set properly, start the therapy. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| | <br><br>Figure 27: Ongoing therapy screen – EXION Fractional RF applicator (BTL-785-4)<br><br>BTL Aesthetics Exion Operator Manual at 63, 65. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| **Claim 11** ||
| 11[pre] An apparatus for treating dermatological tissue, comprising: | To the extent the preamble is limiting, as demonstrated in claim element 1[pre] the BTL Accused Product is an apparatus for treating dermatological tissue. |
| 11[a1] a user holdable device including a proximal end and a releasably couplable deployable needle assembly, | The BTL Accused Product comprises a user holdable device including a proximal end and a releasably couplable deployable needle assembly. For example, *see* 1[a1]. |
| 11[a2] the deployable needle assembly mechanically separatably from the proximal end and including a plurality of extendable needles, a plurality of the extendable needles extendable from a deployable needle assembly end surface, | The deployable needle assembly of the BTL Accused Product is mechanically separable from the proximal end and includes a plurality of extendable needles and a plurality of the extendable needles are extendable from a deployable needle assembly end surface. For example, *see* 1[a1] and 1[a2]. |
| 11[a3] one of the proximal end and the deployable needle assembly including at least one electrical conductor and the other including at least one restorably deflectable electrical contact couplable to the one of the proximal end and the deployable needle assembly at least one electrical conductor | In the BTL Accused Product, one of the proximal end and the deployable needle assembly includes at least one electrical conductor and the other includes at least one restorably deflectable electrical contact couplable to the one of the proximal end and the deployable needle assembly at least one electrical conductor. For example, *see* 1[a3]. |

Claim Chart for U.S. Patent No. 9,320,536

| Claim Language | Accused Products |
|---|---|
| 11[b] a motor coupled to a plurality of extendable needles that causes the plurality of extendable needles to extend a desired distance from the needle assembly end surface when the motor is energized with a particular signal; and | The BTL Accused Product comprises a motor coupled to a plurality of extendable needles that causes the plurality of extendable needles to extend a desired distance from the needle assembly end surface when the motor is energized with a particular signal. For example, *see* 1[b] and 1[c]. |
| 11[c] a signal generator electrically coupled to the plurality of extended needles to energize the plurality of extended needles. | The BTL Accused Product comprises a signal generator electrically coupled to the plurality of extended needles to energize the plurality of extended needles. For example, *see* 1[d]. |

Claim Chart for U.S. Patent No. 9,320,536