# EXHIBIT 9

**Exhibit 9**

**Infringement of United States Patent 9,775,774 (the "'774 Patent") by BTL Exion Fractional Microneedle RF Products**

Serendia contends that at least the following claims of United States Patent 9,775,774 (the "'774 Patent") are infringed by the BTL Exion Fractional Microneedle RF Product (hereinafter "BTL Accused Product").[1] It should be understood that Serendia's contentions are not limited to this product but instead encompass any and all reasonably similar products and components that infringe in the same or similar manner as discussed below.[2]

---

[1] Serendia reserves the right to identify different or additional BTL Accused Products and amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

[2] This analysis is preliminary, and Serendia's investigation is ongoing. Serendia reserves the right to amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| 11[pre] An apparatus for treating dermatological tissue, comprising: | The BTL Accused Product is an apparatus for treating dermatological tissue.<br><br>For example, the BTL Accused Product comprises an RF microneedling system for treating dermatological tissue:<br><br>**EXION™**<br>AI-Guided Fractional RF Microneedling<br><br>EXION™ combines monopolar RF with AI-powered microneedle control to deliver energy deep into the dermis—1.5 to 4 mm on the face, up to 8 mm on the body. This stimulates fibroblasts to boost natural hyaluronic acid, collagen, and elastin, improving skin quality from within.<br><br>Acne Scars and Textural Irregularities — Stubborn Scars — Improve Rough, Uneven Skin Texture — Skin Tightening — Reduce Wrinkles — Improve Sagging Skin on Body<br><br>**AI Microneedling Technology (Microneedling RF with AI Pulse Control)**<br><br>EXION™ uses **AI-guided Microneedling RF technology** that adjusts heating intensity in real time based on your skin condition. It can reach up to **75°C**, initiating a two-step process: **first, breaking down damaged tissue**, then **rebuilding the dermal structure**.<br><br>The treatment **activates fibroblasts** to regenerate **hyaluronic acid, collagen, and elastin**, helping **repair and restore problematic skin**. |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | BTL website (https://www.btlaesthetics.com.ph/exion/fractional-rf).<br><br>The BTL-785W with BTL-785-4 applicator used with tips BTL-785-4-1, BTL-785-4-2, BTL-785-4-5 and BTL-785-4-6 is indicated for use in dermatological and general surgical procedures for electrocoagulation and hemostasis.<br>The Applicator BTL-785-4 of BTL-785W device used with tips BTL-785-4-3, BTL-785-4-4, BTL-785-4-7 and BTL-785-4-8 is intended for dermatological procedures requiring fractional treatment of the skin. At higher energy levels greater than 62 mJ/pin, use of the BTL-785-4 applicator is limited to Skin Types I-IV.<br><br>BTL Exion 510(k) K211639 at 7.<br><br> |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | <br><br>EXION Fractional RF Video at 0:13, 0:45 (https://www.youtube.com/watch?v=SNIFFLupgd0). |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | <br><br>Microneedling RF With BTL Exion at 0:20 (https://www.youtube.com/watch?v=JALCXMr4pBE). |
| 11[a] a device including a plurality of needles one of extending or extendable a desired distance from a surface, the desired distance selected to enable the plurality of needles to penetrate dermatological tissue; and | The BTL Accused Product comprises a device including a plurality of needles one of extending or extendable a desired distance from a surface, the desired distance selected to enable the plurality of needles to penetrate dermatological tissue.<br><br>For example, the BTL Accused Product includes extendable needles (shown in yellow below) that extend a desired distance from a surface to penetrate dermatological tissue. |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| |  |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| |  <br><br> EXION Fractional RF Video at 0:21, 0:22 ([https://www.youtube.com/watch?v=SNIFFLupgd0](https://www.youtube.com/watch?v=SNIFFLupgd0)). |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | **Treatment procedure**<br><br>• Set the treatment parameters. It is recommended to perform several test shots first and observe the skin reaction to verify the parameters.<br>• The choice of treatment parameters should take into consideration the diffusion and depth of the target tissue, as well as its anatomical location. The patient's skin type and tolerance should always be considered.<br>• Use lower treatment settings when treating in close proximity to bone.<br>• Firmly place the applicator perpendicularly to the skin and apply proper pressure to the skin while administering the shots.<br>• For each subsequent pulse, align the edge pulse area with the previous pulse area. There should be no overlap between pulse areas, nor should there be untreated gaps. Pulses should "line up" right next to each other.<br>• Visually monitor the skin for signs of burns throughout the treatment. |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | **3.1. Fractional RF treatment**<br><br>3.1.1. Non-insulated microneedle tip<br><br><br>These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response. |

| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |
|---|---|---|---|---|---|
| Face | OFF | 30 - 90 | 0.5 - 2.5 | 2 - 5 | 1 - 6 |
| Body | ON | 30 - 100 | 1.5 – 4 | 2 - 5 | 1 - 6 |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | ### 3.1.2. Insulated microneedle tip<br><br><br><br>| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |<br>|---|---|---|---|---|---|<br>| Face | OFF | 30 - 70 | 0.5 - 2.5 | 2 - 5 | 1 - 6 |<br>| Body | ON | 30 - 80 | 1.5 – 3.5 | 2 - 5 | 1 - 6 |<br><br>**These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response.**<br><br>BTL Exion Fractional RF Clinical Guide at 5-7.<br><br>The BTL Accused Product deploys the plurality of needles to a desired distance via "Needle depth" setting. |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
|  | **14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**<br><br>Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):<br><br>1.  **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.<br>2.  **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.<br>3.  **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).<br>4.  **Remaining pulses** – information about remaining number of pulses available for currently connected tip.<br>5.  **Applicator** – icon representing currently selected applicator. Tap this icon to select a different applicator.<br>6.  **Back** – tap to move to the previous screen.<br>7.  **Save** – save the therapy settings as a new preset.<br>8.  **List tab** – move to the List screen.<br>9.  **Menu** – tap to enter Menu screen for adjusting device settings.<br>10.  **Needle depth illustration** – illustrate a needle depth setting.<br>11.  **Start** – after treatment parameters are set properly, start the therapy. |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | <br>Figure 27: Ongoing therapy screen – EXION Fractional RF applicator (BTL-785-4) |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | **Tips intended for EMFEMME applicator (BTL-785-3), EXION Fractional RF applicator (BTL-785-4):** No ultrasound output<br><br>**Adjustable values**<br>**EXION Body applicator (BTL-785-1), EXION Face applicator (BTL-785-2), EMFEMME applicator (BTL-785-3)**<br>RF power — Continuous 5 to 100% (units relative to rated RF power)<br>Therapy cycle time — 30 sec<br>Cooling [EXION Body applicator (BTL-785-1) only] — Level 0-3 (off, 35 °C, 30 °C, 25 °C target temperatures)<br><br>**EXION Fractional RF applicator (BTL-785-4)**<br>Energy — 0–100%; step 10% (relative to rated RF energy/Superficial)<br>Extended mode — On/Off<br>Needle depth — 0.02" – 0.16"; step 0.02" (0.5 – 4 mm; step 0.5 mm)<br><br>BTL Aesthetics Exion Operator Manual at 63, 65, 74. |
| 11[b] a signal generator electrically coupled to the plurality of extended needles to produce pulsed radio frequency signals across the plurality of needles to affect dermatological tissue near the plurality of needles. | The BTL Accused Product comprises a signal generator electrically coupled to the plurality of extended needles to produce pulsed radio frequency signals across the plurality of needles to affect dermatological tissue near the plurality of needles.<br><br>For example, the BTL Accused Product energizes the plurality of extended needles: |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
|  |  BTL website (https://www.btlaesthetics.com.ph/exion/fractional-rf). |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | <br><br>Microneedling RF With BTL Exion at 0:25 (https://www.youtube.com/watch?v=JALCXMr4pBE).<br><br>The BTL Accused Product energizes the plurality of extended needles via a signal generator (*e.g.*, an RF signal generator), which produces pulsed radio frequency signals across the plurality of needles to affect dermatological tissue near the plurality of needles: |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | **Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>The BTL-785W device consists of the following main components:<br><br><ul><li>microprocessor-driven control unit</li><li>radiofrequency generator</li><li>user interface with 15.6" color touch screen</li><li>applicators for an application of radiofrequency</li><li>exchangeable applicator tips</li></ul><br>The BTL-785W device has similar technological characteristics compared to its predicate device. The BTL-785W device and the predicates are comprised of a system console and applicator(s). The system console consists of the RF generator, computer, and a touch-screen control panel. The device is accompanied by four applicators enabling connection to exchangeable tips. |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products | |
|---|---|---|
| | **510(k) number** | K211639 |
| | **Device name** | BTL-785W |
| | **Company name** | BTL Industries, Inc. |
| | **Principle of Action** | Application of the heat to the tissue via RF energy.<br><br>Massaging of body parts with massage attachment. (785-1 applicator only)<br><br>Radiofrequency accompanied by electromagnetic stimulation (785-7 applicator only) |
| | **Clinical Use** | Prescription use |
| | **Energy Source** | 100 – 120 V AC, 50/60 Hz<br>200 – 240 V AC, 50/60 Hz |
| | **Type of Energy Applied** | Electromagnetic Energy – Radiofrequency |
| | **Frequency** | 3.2 MHz ± 5%<br><br>(BTL-785-1, BTL-785-2, and BTL-785-3, BTL-785-7)<br><br>1 MHz ± 5%<br><br>(BTL-785-4) |
| | **Mode of Operation** | Monopolar |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products | |
|---|---|---|
| | Ultrasonic Tip Pre-heating Function | Yes (BTL-785-1, 2) |
| | Massage Attachment | Yes (BTL-785-1) |
| | Number of Microneedles | 6 x 6 |
| | Handsfree applicator | Yes |
| | Depth of Microneedle Electrodes | 0.5 – 4 mm |
| | Number of Pins of Superficial Tips | 32 |
| | | 64 |
| | Sterilization Method | Ethylene oxide |

BTL Exion 510(k) K211639 at 6, 9, 10, 12, 13.

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | <br><br>BTL website (https://www.btlaesthetics.com.ph/exion/fractional-rf). |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | The signal generator is controlled via a user interface/control panel, and the parameters of the signal can be configured (*e.g.*, "Extended mode," "Energy," "Depth" settings on the control panel):<br><br><br><br>BTL Exion UK Debut at 1:41 (https://www.youtube.com/watch?v=U7LG7pjpKhs). |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
| --- | --- |
| | **14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**<br><br>Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):<br><br>1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.<br>2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.<br>3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).<br>4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.<br>5. **Applicator** – icon representing currently selected applicator. Tap this icon to select a different applicator.<br>6. **Back** – tap to move to the previous screen.<br>7. **Save** – save the therapy settings as a new preset.<br>8. **List tab** – move to the List screen.<br>9. **Menu** – tap to enter Menu screen for adjusting device settings.<br>10. **Needle depth illustration** – illustrate a needle depth setting.<br>11. **Start** – after treatment parameters are set properly, start the therapy. |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| |  Figure 27: Ongoing therapy screen – EXION Fractional RF applicator (BTL-785-4) <br><br> BTL Aesthetics Exion Operator Manual at 63, 65. <br><br> Further, the RF signals are provided in pulses: |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | • For each subsequent pulse, align the edge pulse area with the previous pulse area. There should be no overlap between pulse areas, nor should there be untreated gaps. Pulses should "line up" right next to each other.<br><br>BTL Exion Fractional RF Clinical Guide at 5.<br><br>**14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**<br><br>Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):<br><br>1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.<br>2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.<br>3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).<br>4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.<br><br>• Start the therapy by pressing the Play button on the Therapy Screen.<br>• Firmly place the applicator perpendicularly to the skin and assure the applicator tip is in full contact with the skin.<br>• Press the applicator trigger button.<br>• For each subsequent pulse, align the edge of the subsequent pulse area with that of the previous pulse area. There should be no spatial overlap between pulse areas, nor should there be untreated gaps between the pulse areas. Pulses should "line up" right next to each other.<br>• Visually monitor the skin for signs of burns throughout the treatment.<br>• Adjust the treatment parameters according to patient's condition and feedback throughout the treatment.<br>• The endpoints of successful therapy are minimal to substantial erythema and edema. |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | Applicator has an illuminated tip with built-in signalization function. Following conditions may occur:<br><br>1. **Flashing blue light and medium-pitched tone** – Pulse was delivered successfully.<br>2. **Steady red light and high-pitched continuous tone** – Improper contact quality of the neutral electrode. Refer to **Chapter** 8.<br>3. **Flashing red light and high-pitched tone** – Pulse was not delivered successfully and should be repeated.<br><br>BTL Aesthetics Exion Operator Manual at 63, 68, 70. |
| 12. The apparatus for treating dermatological tissue of claim 11, wherein the device includes an end surface configured to be placed on or near dermatological tissue to be treated, the end surface including a plurality of needles extendable a desired distance from the end surface. | The BTL Accused Product is the apparatus of claim 11, wherein the device includes an end surface configured to be placed on or near dermatological tissue to be treated, the end surface including a plurality of needles extendable a desired distance from the end surface. *See* 11[a]; *see also*:<br><br>For example, in the BTL Accused Product, an end surface (shown in blue below), including a plurality of extendable needles a desired distance (shown in yellow), is placed on or near dermatological tissue to be treated: |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
| --- | --- |
|  |  |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | <br><br>EXION Fractional RF Video at 0:21, 0:22 (https://www.youtube.com/watch?v=SNIFFLupgd0). |
| 13. The apparatus for treating dermatological tissue of claim 12, further including a mechanism for causing the plurality of the extendable needles to extend a desired distance from the end surface. | The BTL Accused Product is the apparatus of claims 11 and 12, further including a mechanism for causing the plurality of the extendable needles to extend a desired distance from the end surface.<br><br>For example, the BTL Accused Product includes a mechanism that causes the plurality of extendable needles to extend a desired distance from the end surface: |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
|  |  Left: BTL Exion handheld device Photos; Right: BTL Exion Fractional RF Clinical Guide at 6. |

| Claim Language | Accused Products |
| --- | --- |
| |  BTL website (https://www.btlaesthetics.com.ph/exion/fractional-rf). |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
|  | **14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**<br><br>Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):<br><br>1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.<br>2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.<br>3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).<br>4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.<br><br>• Push and hold the trigger button to eject the needles to their maximum length. Visually check the cleanliness of the needles. When the button is released, the needles automatically retract.<br>• Place and hold an alcohol prep pad over the surface of the tip. Be careful to keep your fingers out of the needle ejection area.<br>• Double press the trigger button to eject the needles into the alcohol prep pad. Automatic retraction of the needles follows. Repeat this step several times until the needles are clean.<br><br>BTL Aesthetics Exion Operator Manual at 63, 69. |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | **Treatment procedure**<br><br>• Set the treatment parameters. It is recommended to perform several test shots first and observe the skin reaction to verify the parameters.<br>• The choice of treatment parameters should take into consideration the diffusion and depth of the target tissue, as well as its anatomical location. The patient's skin type and tolerance should always be considered.<br>• Use lower treatment settings when treating in close proximity to bone.<br>• Firmly place the applicator perpendicularly to the skin and apply proper pressure to the skin while administering the shots.<br>• For each subsequent pulse, align the edge pulse area with the previous pulse area. There should be no overlap between pulse areas, nor should there be untreated gaps. Pulses should "line up" right next to each other.<br>• Visually monitor the skin for signs of burns throughout the treatment. |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | **3.1. Fractional RF treatment**<br><br>**3.1.1. Non-insulated microneedle tip**<br><br><br><br>These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response. |

Table within the cell:

| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |
|---|---|---|---|---|---|
| Face | OFF | 30 - 90 | 0.5 - 2.5 | 2 - 5 | 1 - 6 |
| Body | ON | 30 - 100 | 1.5 – 4 | 2 - 5 | 1 - 6 |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | ### 3.1.2. Insulated microneedle tip<br><br><br><br>| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |<br>\|---\|---\|---\|---\|---\|---\|<br>\| Face \| OFF \| 30 - 70 \| 0.5 - 2.5 \| 2 - 5 \| 1 - 6 \|<br>\| Body \| ON \| 30 - 80 \| 1.5 – 3.5 \| 2 - 5 \| 1 - 6 \|<br><br>**These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response.**<br><br>BTL Exion Fractional RF Clinical Guide at 5-7. |
| 14. The apparatus for treating dermatological tissue of claim 12, further including a motor coupled to the plurality of extendable needles that | The BTL Accused Product is the apparatus of claims 11 and 12, further including a motor coupled to the plurality of extendable needles that may be directed to cause the plurality of the extendable needles to extend a desired distance from the end surface. |

32                                    Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| may be directed to cause the plurality of the extendable needles to extend a desired distance from the end surface. | For example, the BTL Accused Product includes a motor coupled to the plurality of extendable needles through a drive shaft (shown in red), to cause the plurality of the extendable needles to extend a desired distance from the end surface. |

| Claim Language | Accused Products |
|---|---|
|  |  BTL website (https://www.btlaesthetics.com.ph/exion/fractional-rf). |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | **14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**<br><br>Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):<br><br>1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.<br>2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.<br>3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).<br>4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.<br><br>• Push and hold the trigger button to eject the needles to their maximum length. Visually check the cleanliness of the needles. When the button is released, the needles automatically retract.<br>• Place and hold an alcohol prep pad over the surface of the tip. Be careful to keep your fingers out of the needle ejection area.<br>• Double press the trigger button to eject the needles into the alcohol prep pad. Automatic retraction of the needles follows. Repeat this step several times until the needles are clean.<br><br>BTL Aesthetics Exion Operator Manual at 63, 69. |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
|  |  Left: BTL Exion handheld device Photos; Right: BTL Exion Fractional RF Clinical Guide at 6. |

| Claim Language | Accused Products |
|---|---|
| | **Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>The BTL-785W device consists of the following main components:<br><br>- microprocessor-driven control unit<br>- radiofrequency generator<br>- user interface with 15.6" color touch screen<br>- applicators for an application of radiofrequency<br>- exchangeable applicator tips<br><br>BTL Exion 510(k) K211639 at 6. |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | **Product Description**<br><br>The BTL-785F is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785F device comes with four different types of applicators.<br><br>The BTL-785F device consists of the following main components:<br><br>&bull; microprocessor-driven control unit<br>&bull; radiofrequency generator<br>&bull; user interface with 15.6" color touch screen<br>&bull; applicators for an application of radiofrequency<br>&bull; exchangeable applicator tips<br><br>BTL Exion 510(k) K193201 at 6. |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
|  | Treatment procedure<br><br>• Set the treatment parameters. It is recommended to perform several test shots first and observe the skin reaction to verify the parameters.<br>• The choice of treatment parameters should take into consideration the diffusion and depth of the target tissue, as well as its anatomical location. The patient's skin type and tolerance should always be considered.<br>• Use lower treatment settings when treating in close proximity to bone.<br>• Firmly place the applicator perpendicularly to the skin and apply proper pressure to the skin while administering the shots.<br>• For each subsequent pulse, align the edge pulse area with the previous pulse area. There should be no overlap between pulse areas, nor should there be untreated gaps. Pulses should "line up" right next to each other.<br>• Visually monitor the skin for signs of burns throughout the treatment. |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | **3.1. Fractional RF treatment** <br><br> **3.1.1. Non-insulated microneedle tip** <br><br> <table><thead><tr><th>Treatment zones</th><th>Extended mode</th><th>Energy (%)*</th><th>Needle depth (mm)</th><th>Number of treatments</th><th>Frequency of treatments (weeks)**</th></tr></thead><tbody><tr><td>Face</td><td>OFF</td><td>30 - 90</td><td>0.5 - 2.5</td><td>2 - 5</td><td>1 - 6</td></tr><tr><td>Body</td><td>ON</td><td>30 - 100</td><td>1.5 – 4</td><td>2 - 5</td><td>1 - 6</td></tr></tbody></table> <br> **These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response.** |

Claim Chart for U.S. Patent No. 9,775,774

| Claim Language | Accused Products |
|---|---|
| | ### 3.1.2. Insulated microneedle tip <br><br> These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response. <br><br> BTL Exion Fractional RF Clinical Guide at 5-7. |

The table within the image:

| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |
|---|---|---|---|---|---|
| Face | OFF | 30 - 70 | 0.5 - 2.5 | 2 - 5 | 1 - 6 |
| Body | ON | 30 - 80 | 1.5 – 3.5 | 2 - 5 | 1 - 6 |

Claim Chart for U.S. Patent No. 9,775,774