# EXHIBIT 10

**Exhibit 10**

**Infringement of United States Patent 10,869,812 (the "'812 Patent") by BTL Exion Fractional Microneedle RF Products**

Serendia contends that at least the following claims of United States Patent 10,869,812 (the "'812 Patent") are infringed by the BTL Exion Fractional Microneedle RF Product (hereinafter "BTL Accused Product").[1] It should be understood that Serendia's contentions are not limited to this product but instead encompass any and all reasonably similar products and components that infringe in the same or similar manner as discussed below.[2]

| Claim Language | Accused Products |
|---|---|
| 1[pre] A method of treating dermatological tissue, comprising: | To the extent the preamble is limiting, the BTL Accused Product is used to perform a method of treating dermatological tissue according to Claim 1.<br><br>For example, the BTL Accused Product comprises an RF microneedling system for treating dermatological tissue: |

---

[1] Serendia reserves the right to identify different or additional BTL Accused Products and amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

[2] This analysis is preliminary, and Serendia's investigation is ongoing. Serendia reserves the right to amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | <br><br>BTL website (https://www.btlaesthetics.com.ph/exion/fractional-rf). |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
|  | The BTL-785W with BTL-785-4 applicator used with tips BTL-785-4-1, BTL-785-4-2, BTL-785-4-5 and BTL-785-4-6 is indicated for use in dermatological and general surgical procedures for electrocoagulation and hemostasis. The Applicator BTL-785-4 of BTL-785W device used with tips BTL-785-4-3, BTL-785-4-4, BTL-785-4-7 and BTL-785-4-8 is intended for dermatological procedures requiring fractional treatment of the skin. At higher energy levels greater than 62 mJ/pin, use of the BTL-785-4 applicator is limited to Skin Types I-IV.<br><br>BTL Exion 510(k) K211639 at 7.<br><br> |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| |  EXION Fractional RF Video at 0:13, 0:45 (https://www.youtube.com/watch?v=SNIFFLupgd0). |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | <br><br>Microneedling RF With BTL Exion at 0:20 (https://www.youtube.com/watch?v=JALCXMr4pBE). |
| 1[a1] placing a user holdable device releasably couplable deployable needle module end surface on or near dermatological tissue to be treated, the user holdable device including a proximal end and the releasably couplable deployable needle module, | The method of using the BTL Accused Product comprises placing a user holdable device releasably couplable deployable needle module end surface on or near dermatological tissue to be treated, the user holdable device including a proximal end and the releasably couplable deployable needle module.<br><br>For example, the user holdable device in the BTL Accused Product includes a proximal end (shown in red) and releasably couplable needle module (shown in green). |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | <br><br>Microneedling RF With BTL Exion at 0:20 (https://www.youtube.com/watch?v=JALCXMr4pBE). |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | <br><br>Figure 23: EXION Fractional RF applicator (BTL-785-4)<br><br>1. applicator display<br>2. trigger button<br>3. exchangeable single use tip<br><br>Figure 24: EXION Fractional RF applicator (BTL-785-4) Exchangeable single use tips |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
| --- | --- |
| | 6. Attach and detach the tip according to the instructions in the table below.<br><br>To detach the tip, press both grooved grips while pulling the tip out of the applicator. Each disposable tip has limited lifetime. The device will require a new tip to be connected if the treatment exceeds the tip's pulse life.<br><br>Attach the tip in the direction so that the middle protrusion on the tip follows the middle gap on the applicator. Keep pressing the grooved grips until the tip locks into position.<br><br>Figure 29: Attaching and detaching the EXION Fractional RF Applicator (BTL-785-4) tip |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
| --- | --- |
| | BTL Aesthetics Exion Operator Manual at 62, 67.<br><br>**Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>The BTL-785W device consists of the following main components:<br><br>• microprocessor-driven control unit<br>• radiofrequency generator<br>• user interface with 15.6" color touch screen<br>• applicators for an application of radiofrequency<br>• exchangeable applicator tips<br><br>The BTL-785W device has similar technological characteristics compared to its predicate device. The BTL-785W device and the predicates are comprised of a system console and applicator(s). The system console consists of the RF generator, computer, and a touch-screen control panel. The device is accompanied by four applicators enabling connection to exchangeable tips.<br><br>BTL Exion 510(k) K211639 at 6, 9. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | During treatment, the user holdable device releasably couplable deployable needle module end surface is placed on or near dermatological tissue to be treated (as shown in purple).<br><br><br><br>Microneedling RF With BTL Exion at 0:20 (https://www.youtube.com/watch?v=JALCXMr4pBE).<br><br>The needle module end surface is the plane at the end of the needle module when the needles are retracted. And the needles extend past this plane during treatment to deliver RF energy. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| |  Microneedling RF With BTL Exion at 0:25 (https://www.youtube.com/watch?v=JALCXMr4pBE). |
| 1[a2] the releasably couplable deployable needle module mechanically separatably from the user holdable device proximal end and including a needle assembly including a plurality of needles, | The releasably couplable deployable needle module of the BTL Accused Product is mechanically separable from the user holdable device proximal end and includes a needle assembly including a plurality of needles.<br><br>For example, in the BTL Accused Product, the releasably couplable deployable needle module (shown below in green) is mechanically separable from the proximal end (shown below in red): |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
|  |  Microneedling RF With BTL Exion at 0:25 (https://www.youtube.com/watch?v=JALCXMr4pBE). |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>The BTL-785W device consists of the following main components:<br><br>• microprocessor-driven control unit<br>• radiofrequency generator<br>• user interface with 15.6" color touch screen<br>• applicators for an application of radiofrequency<br>• exchangeable applicator tips<br><br>The BTL-785W device has similar technological characteristics compared to its predicate device. The BTL-785W device and the predicates are comprised of a system console and applicator(s). The system console consists of the RF generator, computer, and a touch-screen control panel. The device is accompanied by four applicators enabling connection to exchangeable tips.<br><br>BTL Exion 510(k) K211639 at 6, 9. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
|  |  |

Figure 23: EXION Fractional RF applicator (BTL-785-4)

1. applicator display
2. trigger button
3. exchangeable single use tip

| BTL-785-4-5 | BTL-785-4-6 |
|---|---|
| EXION Fractional RF Non-insulated tip | EXION Fractional RF Insulated tip |

Figure 24: EXION Fractional RF applicator (BTL-785-4) Exchangeable single use tips

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| |  6. Attach and detach the tip according to the instructions in the table below.<br><br>To detach the tip, press both grooved grips while pulling the tip out of the applicator. Each disposable tip has limited lifetime. The device will require a new tip to be connected if the treatment exceeds the tip's pulse life.<br><br>Attach the tip in the direction so that the middle protrusion on the tip follows the middle gap on the applicator. Keep pressing the grooved grips until the tip locks into position.<br><br>Figure 29: Attaching and detaching the EXION Fractional RF Applicator (BTL-785-4) tip |

15                                          Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
|  | BTL Aesthetics Exion Operator Manual at 62, 67.<br><br>The needle module includes a needle assembly which includes a plurality of needles:<br><br> |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | <br><br>EXION Fractional RF Video at 0:21, 0:22 (https://www.youtube.com/watch?v=SNIFFLupgd0). |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **3.1. Fractional RF treatment**<br><br>**3.1.1. Non-insulated microneedle tip**<br><br><br><br>(table below) |

| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |
|---|---|---|---|---|---|
| Face | OFF | 30 - 90 | 0.5 - 2.5 | 2 - 5 | 1 - 6 |
| Body | ON | 30 - 100 | 1.5 – 4 | 2 - 5 | 1 - 6 |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | ### 3.1.2. Insulated microneedle tip <br><br> <br><br> | Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** | <br> |---|---|---|---|---|---| <br> | Face | OFF | 30 - 70 | 0.5 - 2.5 | 2 - 5 | 1 - 6 | <br> | Body | ON | 30 - 80 | 1.5 - 3.5 | 2 - 5 | 1 - 6 | <br><br> BTL Exion Fractional RF Clinical Guide at 6, 7. |
| 1[a3] the needle assembly movable within the releasably couplable deployable needle module to extend the plurality of needles from the releasably couplable deployable needle assembly end surface while at least one electrical contact of the | In the BTL Accused Product, the needle assembly is movable within the releasably couplable deployable needle module to extend the plurality of needles from the releasably couplable deployable needle assembly end surface while at least one electrical contact of the needle assembly remains electrically coupled to at least one electrical contact of the user holdable device proximal end. <br><br> For example, in the BTL Accused Product, the needle assembly (shown below in yellow) is movable within the needle module (shown in green) to extend the plurality of needles from the needle assembly end surface (as shown below in purple): |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| needle assembly remains electrically coupled to at least one electrical contact of the user holdable device proximal end; and |  |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | <br><br>EXION Fractional RF Video at 0:21, 0:22 (https://www.youtube.com/watch?v=SNIFFLupgd0). |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | <br><br>BTL Exion Fractional RF Clinical Guide at 6.<br><br>The proximal end of the user holdable device includes at least one electrical contact (shown below in blue). |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | <br><br>BTL Exion handpiece Photos.<br><br>The needle assembly also includes at least one electrical conductor (shown in yellow). |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | <br><br><br><br><br><br><br><br><br><br>BTL Exion Fractional RF Clinical Guide at 6.<br><br>When the needle assembly is movable within the releasably couplable deployable needle module to extend the plurality of needles, the electrical contact in the proximal end of the user holdable device remains electrically coupled to the electrical contact of the needle assembly as shown below by the green arrows. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | <br><br>Left: BTL Exion handheld device Photos; Right: BTL Exion Fractional RF Clinical Guide at 6. |
| 1[b] communicating electrical signals from the user holdable device proximal end to the needle assembly via the electrical contacts. | The method of using the BTL Accused Product comprises communicating electrical signals from the user holdable device proximal end to the needle assembly via the electrical contacts.<br><br>For example, the BTL Accused Product communicates electrical signals from the user holdable device proximal end to the needle assembly via the application of RF energy regarding the user-selected treatment parameters: |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>The BTL-785W device consists of the following main components:<br><br>&bull; microprocessor-driven control unit<br>&bull; radiofrequency generator<br>&bull; user interface with 15.6" color touch screen<br>&bull; applicators for an application of radiofrequency<br>&bull; exchangeable applicator tips<br><br>BTL Exion 510(k) K211639 at 6. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **Treatment procedure**<br><br>• Set the treatment parameters. It is recommended to perform several test shots first and observe the skin reaction to verify the parameters.<br>• The choice of treatment parameters should take into consideration the diffusion and depth of the target tissue, as well as its anatomical location. The patient's skin type and tolerance should always be considered.<br>• Use lower treatment settings when treating in close proximity to bone.<br>• Firmly place the applicator perpendicularly to the skin and apply proper pressure to the skin while administering the shots.<br>• For each subsequent pulse, align the edge pulse area with the previous pulse area. There should be no overlap between pulse areas, nor should there be untreated gaps. Pulses should "line up" right next to each other.<br>• Visually monitor the skin for signs of burns throughout the treatment. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **3.1. Fractional RF treatment**<br><br>**3.1.1. Non-insulated microneedle tip**<br><br><table><tr><th>Treatment zones</th><th>Extended mode</th><th>Energy (%)*</th><th>Needle depth (mm)</th><th>Number of treatments</th><th>Frequency of treatments (weeks)**</th></tr><tr><td>Face</td><td>OFF</td><td>30 - 90</td><td>0.5 - 2.5</td><td>2 - 5</td><td>1 - 6</td></tr><tr><td>Body</td><td>ON</td><td>30 - 100</td><td>1.5 - 4</td><td>2 - 5</td><td>1 - 6</td></tr></table><br>These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response. |

28                                          Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **3.1.2. Insulated microneedle tip** <br><br> These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response. <br><br> BTL Exion Fractional RF Clinical Guide at 5-7. |

Table from image:

| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |
|---|---|---|---|---|---|
| Face | OFF | 30 - 70 | 0.5 - 2.5 | 2 - 5 | 1 - 6 |
| Body | ON | 30 - 80 | 1.5 – 3.5 | 2 - 5 | 1 - 6 |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| |  |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
|  |  Microneedling RF With BTL Exion at 0:52, 0:54 (https://www.youtube.com/watch?v=JALCXMr4pBE). |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**<br><br>Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):<br><br>1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.<br>2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.<br>3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).<br>4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.<br>5. **Applicator** – icon representing currently selected applicator. Tap this icon to select a different applicator.<br>6. **Back** – tap to move to the previous screen.<br>7. **Save** – save the therapy settings as a new preset.<br>8. **List tab** – move to the List screen.<br>9. **Menu** – tap to enter Menu screen for adjusting device settings.<br>10. **Needle depth illustration** – illustrate a needle depth setting.<br>11. **Start** – after treatment parameters are set properly, start the therapy. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| |  Figure 27: Ongoing therapy screen – EXION Fractional RF applicator (BTL-785-4) <br><br> BTL Aesthetics Exion Operator Manual at 63, 65. |

33                                                    Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | The BTL Accused Product also communicates electrical signals from the user holdable device proximal end to the needle assembly via the electrical contacts as shown by green arrows below:<br><br><br><br>Left: BTL Exion handheld device Photos; Right: BTL Exion Fractional RF Clinical Guide at 6. |
| 2. The method of claim 1, further comprising energizing a motor coupled to the needle assembly to cause the plurality of the needles to extend a desired distance from the | The method of using the BTL Accused Product of claim 1 further comprises energizing a motor coupled to the needle assembly to cause the plurality of the needles to extend a desired distance from the releasably couplable deployable needle module end surface.<br><br>For example, the BTL Accused Product energizes a motor, which is coupled to the needle assembly to cause the plurality of the needles to extend a desired distance from the releasably couplable deployable needle module end surface. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| releasably couplable deployable needle module end surface. |  |

BTL website (https://www.btlaesthetics.com.ph/exion/fractional-rf).

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
|  | **14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**<br><br>Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):<br><br>1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.<br>2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.<br>3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).<br>4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.<br><br>• Push and hold the trigger button to eject the needles to their maximum length. Visually check the cleanliness of the needles. When the button is released, the needles automatically retract.<br>• Place and hold an alcohol prep pad over the surface of the tip. Be careful to keep your fingers out of the needle ejection area.<br>• Double press the trigger button to eject the needles into the alcohol prep pad. Automatic retraction of the needles follows. Repeat this step several times until the needles are clean.<br><br>BTL Aesthetics Exion Operator Manual at 63, 69. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | <br>Left: BTL Exion handheld device Photos; Right: BTL Exion Fractional RF Clinical Guide at 6. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>The BTL-785W device consists of the following main components:<br><br>&bull; microprocessor-driven control unit<br>&bull; radiofrequency generator<br>&bull; user interface with 15.6" color touch screen<br>&bull; applicators for an application of radiofrequency<br>&bull; exchangeable applicator tips<br><br>BTL Exion 510(k) K211639 at 6. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **Treatment procedure**<br><br>• Set the treatment parameters. It is recommended to perform several test shots first and observe the skin reaction to verify the parameters.<br>• The choice of treatment parameters should take into consideration the diffusion and depth of the target tissue, as well as its anatomical location. The patient's skin type and tolerance should always be considered.<br>• Use lower treatment settings when treating in close proximity to bone.<br>• Firmly place the applicator perpendicularly to the skin and apply proper pressure to the skin while administering the shots.<br>• For each subsequent pulse, align the edge pulse area with the previous pulse area. There should be no overlap between pulse areas, nor should there be untreated gaps. Pulses should "line up" right next to each other.<br>• Visually monitor the skin for signs of burns throughout the treatment. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **3.1. Fractional RF treatment**<br><br>**3.1.1. Non-insulated microneedle tip**<br><br>![Fractional RF treatment images]<br><br>| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |<br><br>These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response. |

| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |
|---|---|---|---|---|---|
| Face | OFF | 30 - 90 | 0.5 - 2.5 | 2 - 5 | 1 - 6 |
| Body | ON | 30 - 100 | 1.5 – 4 | 2 - 5 | 1 - 6 |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | ### 3.1.2. Insulated microneedle tip<br><br><br><br>| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |<br>\|---\|---\|---\|---\|---\|---\|<br>\| Face \| OFF \| 30 - 70 \| 0.5 - 2.5 \| 2 - 5 \| 1 - 6 \|<br>\| Body \| ON \| 30 - 80 \| 1.5 – 3.5 \| 2 - 5 \| 1 - 6 \|<br><br>**These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response.**<br><br>BTL Exion Fractional RF Clinical Guide at 5-7. |
| 3. The method of claim 2, further comprising energizing the plurality of needles via a signal generator electrically coupled to the user | The method of using the BTL Accused Product of claim 2 further comprises energizing the plurality of needles via a signal generator electrically coupled to the user holdable device proximal end.<br><br>For example, the BTL Accused Product energizes the plurality of extended needles (shown below): |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| holdable device proximal end. | <br><br>BTL website (https://www.btlaesthetics.com.ph/exion/fractional-rf). |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| |  Microneedling RF With BTL Exion at 0:25 (https://www.youtube.com/watch?v=JALCXMr4pBE).<br><br>The BTL Accused Product energizes the plurality of extended needles via a signal generator (*e.g.*, an RF signal generator) electrically coupled to the user holdable device proximal end. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| |  Left: BTL Exion handheld device Photos; Right: BTL Exion Fractional RF Clinical Guide at 6. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>The BTL-785W device consists of the following main components:<br><br>    • microprocessor-driven control unit<br>    • radiofrequency generator<br>    • user interface with 15.6" color touch screen<br>    • applicators for an application of radiofrequency<br>    • exchangeable applicator tips<br><br>The BTL-785W device has similar technological characteristics compared to its predicate device. The BTL-785W device and the predicates are comprised of a system console and applicator(s). The system console consists of the RF generator, computer, and a touch-screen control panel. The device is accompanied by four applicators enabling connection to exchangeable tips. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products | |
|---|---|---|
| | **510(k) number** | K211639 |
| | **Device name** | BTL-785W |
| | **Company name** | BTL Industries, Inc. |
| | **Principle of Action** | Application of the heat to the tissue via RF energy.<br><br>Massaging of body parts with massage attachment. (785-1 applicator only)<br><br>Radiofrequency accompanied by electromagnetic stimulation (785-7 applicator only) |
| | **Clinical Use** | Prescription use |
| | **Energy Source** | 100 – 120 V AC, 50/60 Hz<br>200 – 240 V AC, 50/60 Hz |
| | **Type of Energy Applied** | Electromagnetic Energy – Radiofrequency |
| | **Frequency** | 3.2 MHz ± 5%<br><br>(BTL-785-1, BTL-785-2, and BTL-785-3, BTL-785-7)<br><br>1 MHz ± 5%<br><br>(BTL-785-4) |
| | **Mode of Operation** | Monopolar |

46                                         Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | <table><tr><td>Ultrasonic Tip Pre-heating Function</td><td>Yes (BTL-785-1, 2)</td></tr><tr><td>Massage Attachment</td><td>Yes (BTL-785-1)</td></tr><tr><td>Number of Microneedles</td><td>6 x 6</td></tr><tr><td>Handsfree applicator</td><td>Yes</td></tr><tr><td>Depth of Microneedle Electrodes</td><td>0.5 – 4 mm</td></tr><tr><td rowspan="2">Number of Pins of Superficial Tips</td><td>32</td></tr><tr><td>64</td></tr><tr><td>Sterilization Method</td><td>Ethylene oxide</td></tr></table><br><br>BTL Exion 510(k) K211639 at 6, 9, 10, 12, 13.<br><br>The signal generator is controlled via a user interface/control panel, and the parameters of the signal can be configured (*e.g.* "Extended mode," "Energy," "Depth" settings on the control panel): |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| |  BTL Exion UK Debut at 1:41 (https://www.youtube.com/watch?v=U7LG7pjpKhs). |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**<br><br>Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):<br><br>1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.<br>2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.<br>3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).<br>4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.<br>5. **Applicator** – icon representing currently selected applicator. Tap this icon to select a different applicator.<br>6. **Back** – tap to move to the previous screen.<br>7. **Save** – save the therapy settings as a new preset.<br>8. **List tab** – move to the List screen.<br>9. **Menu** – tap to enter Menu screen for adjusting device settings.<br>10. **Needle depth illustration** – illustrate a needle depth setting.<br>11. **Start** – after treatment parameters are set properly, start the therapy. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| |  Figure 27: Ongoing therapy screen – EXION Fractional RF applicator (BTL-785-4)<br><br>BTL Aesthetics Exion Operator Manual at 63, 65. |
| 4. The method of claim 3, wherein the user holdable | The method of using the BTL Accused Product of claim 3, wherein the user holdable device proximal end further includes at least one embedded LED therein and further including energizing the at least |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| device proximal end further includes at least one embedded LED therein and further including energizing the at least oneembedded LED so the at least one embedded LED illuminates the releasably couplable deployable needle module. | one embedded LED so the at least one embedded LED illuminates the releasably couplable deployable needle module.<br><br>For example, the proximal end of the holdable device of the BTL Accused Product includes at least one embedded LED that is energized and illuminates the releasably couplable deployable needle module.<br><br><br><br>Microneedling RF With BTL Exion at 0:25 (https://www.youtube.com/watch?v=JALCXMr4pBE). |

| Claim Language | Accused Products |
|---|---|
| | **8  PLACING THE NEUTRAL ELECTRODE**<br><br>Before starting the therapy, the operator must place the neutral electrode on the patient's skin. During therapy, the high-frequency electric current flows between the neutral electrode and the applicator. Ensure that all connections are secure and monitor closely to maintain appropriate contact during use.<br><br>To place the neutral electrode on the patient's skin:<br><br>1.  Remove the protective sheet from the neutral electrode.<br>2.  Locate the electrode on the patient's back. Never locate the electrode across the spine.<br>3.  Place the electrode on clean skin. The whole surface of the electrode must be in contact with the skin. To assure complete contact, rub the electrode on the skin for several seconds.<br>4.  Connect the electrode to the connector of the neutral electrode cable (BTL-785-6).<br>5.  Make sure the neutral electrode cable (BTL-785-6) is not tangled or coiled up. The cable should lay freely along the patient.<br>6.  Insufficient contact is indicated by an audible signal. Press the electrode firmly against the tissue surface to achieve better contact.  Alternatively, clean the surface under the electrode more thoroughly, or replace the electrode.<br>7.  Do not remove the electrode during the treatment.<br>8.  The quality of electrode adhesion is indicated on the main screen. Improper contact quality of the neutral electrode is indicated on the applicator by flashing red light of illuminated tip and by high-pitched audio signal.<br><br>BTL Aesthetics Exion Operator Manual at 23.<br><br>**Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | BTL Exion 510(k) K211639 at 6; *see also* page 10. |
| 5. The method of claim 4, wherein the needle assembly includes a translucent section and further including energizing the least one embedded LED to illuminate the plurality of needles via the needle assembly translucent section. | The method of using the BTL Accused Product of claim 4, wherein the needle assembly includes a translucent section and further including energizing the least one embedded LED to illuminate the plurality of needles via the needle assembly translucent section.<br><br>For example, the releasably couplable deployable needle assembly of the BTL Accused Product includes a translucent section (as shown below). When the LED is energized, it illuminates the plurality of needles via the needle assembly translucent section.<br><br><br><br>Microneedling RF With BTL Exion at 0:25 (https://www.youtube.com/watch?v=JALCXMr4pBE). |

53                                    Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **8  PLACING THE NEUTRAL ELECTRODE**<br><br>Before starting the therapy, the operator must place the neutral electrode on the patient's skin. During therapy, the high-frequency electric current flows between the neutral electrode and the applicator. Ensure that all connections are secure and monitor closely to maintain appropriate contact during use.<br><br>To place the neutral electrode on the patient's skin:<br><br>1.  Remove the protective sheet from the neutral electrode.<br>2.  Locate the electrode on the patient's back. Never locate the electrode across the spine.<br>3.  Place the electrode on clean skin. The whole surface of the electrode must be in contact with the skin. To assure complete contact, rub the electrode on the skin for several seconds.<br>4.  Connect the electrode to the connector of the neutral electrode cable (BTL-785-6).<br>5.  Make sure the neutral electrode cable (BTL-785-6) is not tangled or coiled up. The cable should lay freely along the patient.<br>6.  Insufficient contact is indicated by an audible signal. Press the electrode firmly against the tissue surface to achieve better contact.  Alternatively, clean the surface under the electrode more thoroughly, or replace the electrode.<br>7.  Do not remove the electrode during the treatment.<br>8.  The quality of electrode adhesion is indicated on the main screen. Improper contact quality of the neutral electrode is indicated on the applicator by flashing red light of illuminated tip and by high-pitched audio signal.<br><br>BTL Aesthetics Exion Operator Manual at 23. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>BTL Exion 510(k) K211639 at 6; *see also* page 10. |
| 6. The method of claim 3, further comprising energizing the motor to deploy the plurality of needles to a predetermined depth and directing the signal generator to energize the plurality of needles at a predetermined intensity for a predetermined duty cycle. | The method of using the BTL Accused Product of claim 3 further comprises energizing the motor to deploy the plurality of needles to a predetermined depth and directing the signal generator to energize the plurality of needles at a predetermined intensity for a predetermined duty cycle.<br><br>For example, the BTL Accused Product deploys the plurality of needles to a predetermined depth (*e.g.*, via "Needle depth" setting) and employs the signal generator to energize the plurality of needles to a predetermined intensity (*e.g.*, via "Energy" setting) for a predetermined duty cycle (*e.g.*, via "Extended mode" setting): |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**<br><br>Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):<br><br>1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.<br>2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.<br>3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).<br>4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.<br>5. **Applicator** – icon representing currently selected applicator. Tap this icon to select a different applicator.<br>6. **Back** – tap to move to the previous screen.<br>7. **Save** – save the therapy settings as a new preset.<br>8. **List tab** – move to the List screen.<br>9. **Menu** – tap to enter Menu screen for adjusting device settings.<br>10. **Needle depth illustration** – illustrate a needle depth setting.<br>11. **Start** – after treatment parameters are set properly, start the therapy. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| |  Figure 27: Ongoing therapy screen – EXION Fractional RF applicator (BTL-785-4) |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | Tips intended for EMFEMME applicator (BTL-785-3), EXION Fractional RF applicator (BTL-785-4): — No ultrasound output<br><br>Adjustable values<br>EXION Body applicator (BTL-785-1), EXION Face applicator (BTL-785-2), EMFEMME applicator (BTL-785-3)<br>  RF power — Continuous 5 to 100% (units relative to rated RF power)<br>  Therapy cycle time — 30 sec<br>  Cooling [EXION Body applicator (BTL-785-1) only] — Level 0-3 (off, 35 °C, 30 °C, 25 °C target temperatures)<br><br>EXION Fractional RF applicator (BTL-785-4)<br>  Energy — 0–100%; step 10% (relative to rated RF energy/Superficial)<br>  Extended mode — On/Off<br>  Needle depth — 0.02" – 0.16"; step 0.02" (0.5 – 4 mm; step 0.5 mm)<br><br>BTL Aesthetics Exion Operator Manual at 63, 65, 74. |
| 8. The method of claim 1, wherein the user holdable device proximal end includes a motor with a drive shaft releasably couplable to the needle assembly and the method further including energizing the motor coupled via the drive shaft to the needle assembly to cause the plurality of needles to extend a desired distance from the releasably couplable deployable needle module end surface. | The method of using the BTL Accused Product of claim 1 further comprises a user holdable device proximal end including a motor with a drive shaft releasably couplable to the needle assembly, and the method further includes energizing the motor coupled via the drive shaft to the needle assembly to cause the plurality of needles to extend a desired distance from the releasably couplable deployable needle module end surface.<br><br>For example, the BTL Accused Product includes a motor with drive shaft (shown in red) that is couplable to the needle assembly, Further, the BTL Accused Product energizes the motor via the drive shaft to the needle assembly to cause the plurality of needles to extend a desired distance from the releasably couplable deployable needle module end surface. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| |  BTL website (https://www.btlaesthetics.com.ph/exion/fractional-rf). |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)** <br><br> Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4): <br><br> 1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width. <br> 2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%. <br> 3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm). <br> 4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip. <br><br> • Push and hold the trigger button to eject the needles to their maximum length. Visually check the cleanliness of the needles. When the button is released, the needles automatically retract. <br> • Place and hold an alcohol prep pad over the surface of the tip. Be careful to keep your fingers out of the needle ejection area. <br> • Double press the trigger button to eject the needles into the alcohol prep pad. Automatic retraction of the needles follows. Repeat this step several times until the needles are clean. <br><br> BTL Aesthetics Exion Operator Manual at 63, 69. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | <br>Left: BTL Exion handheld device Photos; Right: BTL Exion Fractional RF Clinical Guide at 6. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>The BTL-785W device consists of the following main components:<br><br>    • microprocessor-driven control unit<br>    • radiofrequency generator<br>    • user interface with 15.6" color touch screen<br>    • applicators for an application of radiofrequency<br>    • exchangeable applicator tips<br><br>BTL Exion 510(k) K211639 at 6. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **Treatment procedure**<br><br>• Set the treatment parameters. It is recommended to perform several test shots first and observe the skin reaction to verify the parameters.<br>• The choice of treatment parameters should take into consideration the diffusion and depth of the target tissue, as well as its anatomical location. The patient's skin type and tolerance should always be considered.<br>• Use lower treatment settings when treating in close proximity to bone.<br>• Firmly place the applicator perpendicularly to the skin and apply proper pressure to the skin while administering the shots.<br>• For each subsequent pulse, align the edge pulse area with the previous pulse area. There should be no overlap between pulse areas, nor should there be untreated gaps. Pulses should "line up" right next to each other.<br>• Visually monitor the skin for signs of burns throughout the treatment. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | ### 3.1. Fractional RF treatment<br><br>#### 3.1.1. Non-insulated microneedle tip<br><br><table><tr><th>Treatment zones</th><th>Extended mode</th><th>Energy (%)*</th><th>Needle depth (mm)</th><th>Number of treatments</th><th>Frequency of treatments (weeks)**</th></tr><tr><td>Face</td><td>OFF</td><td>30 - 90</td><td>0.5 - 2.5</td><td>2 - 5</td><td>1 - 6</td></tr><tr><td>Body</td><td>ON</td><td>30 - 100</td><td>1.5 – 4</td><td>2 - 5</td><td>1 - 6</td></tr></table><br>These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | 3.1.2. Insulated microneedle tip <br><br>| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |<br>\|---\|---\|---\|---\|---\|---\|<br>\| Face \| OFF \| 30 - 70 \| 0.5 - 2.5 \| 2 - 5 \| 1 - 6 \|<br>\| Body \| ON \| 30 - 80 \| 1.5 – 3.5 \| 2 - 5 \| 1 - 6 \|<br><br>**These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response.**<br><br>BTL Exion Fractional RF Clinical Guide at 5-7. |
| 9. The method of claim 1, wherein one of the at least one electrical contacts includes a pin that is extendable in the same | The method of using the BTL Accused Product of claim 1 further comprises wherein one of the at least one electrical contacts includes a pin that is extendable in the same direction as the plurality of needles.<br><br>For example, in the BTL Accused Product, one of the electrical contacts (shown in blue) is extendable in the same direction as the plurality of needles. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| direction as the plurality of needles. | <br><br>BTL Exion handpiece Photos. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| |  |

6. Attach and detach the tip according to the instructions in the table below.

To detach the tip, press both grooved grips while pulling the tip out of the applicator. Each disposable tip has limited lifetime. The device will require a new tip to be connected if the treatment exceeds the tip's pulse life.

Attach the tip in the direction so that the middle protrusion on the tip follows the middle gap on the applicator. Keep pressing the grooved grips until the tip locks into position.

Figure 29: Attaching and detaching the EXION Fractional RF Applicator (BTL-785-4) tip

67                                Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | BTL Aesthetics Exion Operator Manual at 67.<br><br> |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | EXION Fractional RF Video at 0:21, 0:22 (https://www.youtube.com/watch?v=SNIFFLupgd0). |
| **Claim 12** ||
| 12[pre] An apparatus for treating dermatological tissue, comprising: | To the extent the preamble is limiting, as demonstrated in claim element 1[pre] the BTL Accused Product is an apparatus for treating dermatological tissue. |
| 12[a] a user holdable device including a proximal end and | The BTL Accused Product comprises a user holdable device including a proximal end.  For example, *see* 1[a1]. |
| 12[b1] a releasably couplable deployable needle module, | The user holdable device of the BTL Accused Product includes a releasably couplable deployable needle module. For example, *see* 1[a1]. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| 12[b2] the releasably couplable deployable needle module mechanically separatably from the user holdable device proximal end and including a needle assembly including a plurality of needles, | In the BTL Accused Product the releasably couplable deployable needle module is mechanically separatable from the user holdable device proximal end and includes a needle assembly including a plurality of needles, *see* 1[a2]. |
| 12[b3] the needle assembly movable within the releasably couplable deployable needle module to extend the plurality of needles from the releasably couplable deployable needle assembly end surface | The needle assembly of the BTL Accused Product is movable within the releasably couplable deployable needle module to extend the plurality of needles from the releasably couplable deployable needle assembly end surface.  For example, *see* 1[a3]. |
| 12[b4] while at least one electrical contact of the needle assembly remains electrically coupled to at least one electrical contact of the user holdable device proximal end. | In the BTL Accused Product, at least one electrical contact of the needle assembly remains electrically coupled to at least one electrical contact of the user holdable device proximal end when the plurality of needles is extended from the releasably couplable deployable needle assembly end surface. For example, *see* 1[a3]. |
| 13. The apparatus of claim 12, further including a motor coupled to the needle assembly to extend the plurality of needles a desired distance from the releasably couplable | The BTL Accused Product further includes a motor coupled to the needle assembly to extend the plurality of needles a desired distance from the releasably couplable deployable needle assembly end surface when the motor is energized with a particular signal.  For example, *see* Claims 2 and 6. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| deployable needle assembly end surface when the motor is energized with a particular signal. | |
| 14. The apparatus of claim 13, further including a signal generator electrically coupled to the user holdable device proximal end to energize the plurality of needles. | The BTL Accused Product further comprises a signal generator electrically coupled to the user holdable device proximal end to energize the plurality of needles.  For example, *see* Claims 3 and 6. |
| 15. The apparatus of claim 14, wherein the user holdable device proximal end includes an electrical connector couplable to the signal generator. | In the BTL Accused Product, the user holdable device proximal end includes an electrical connector couplable to the signal generator.<br><br>For example, the user holdable device proximal end includes an electrical connector couplable to the signal generator via a handpiece connector. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| | **12.3 CONNECTING EXION FACE APPLICATOR (BTL-785-2)**<br><br>EXION Face applicator (BTL-785-2) connectors are labeled with symbol:<br><br>The connectors are equipped with a locking tongue which sets the correct connector position when connecting it.<br><br>Connect the applicator in a direction so that the arrows (1) on the upper part of the connector are facing up.<br><br>Figure 11: Connecting EXION Face applicator (BTL-785-2)<br><br>BTL Aesthetics Exion Operator Manual at 42. |
| 16. The apparatus of claim 13, wherein the user holdable device proximal end includes the motor, the motor including a drive shaft releasably couplable to the needle assembly. | The user holdable device proximal end of the BTL Accused Product includes the motor, the motor including a drive shaft releasably couplable to the needle assembly. For example, *see* Claim 8. |
| 18. The apparatus of claim 12, wherein one of the at | In the BTL Accused Product, one of the at least one electrical contacts includes a pin that is extendable in the same direction as the plurality of needles. For example, *see* Claim 9. |

Claim Chart for U.S. Patent No. 10,869,812

| Claim Language | Accused Products |
|---|---|
| least one electrical contacts includes a pin that is extendable in the same direction as the plurality of needles. | |

Claim Chart for U.S. Patent No. 10,869,812