# EXHIBIT 11

**Exhibit 11**

**Infringement of United States Patent 12,220,549 (the "'549 Patent") by BTL Exion Fractional Microneedle RF Products**

Serendia contends that at least the following claims of United States Patent 12,220,549 (the "'549 Patent") are infringed by the BTL Exion Fractional Microneedle RF Product (hereinafter "BTL Accused Product").[1] It should be understood that Serendia's contentions are not limited to this product but instead encompass any and all reasonably similar products and components that infringe in the same or similar manner as discussed below.[2]

| Claim Language | Accused Products |
| --- | --- |
| 1[pre] An apparatus for treating dermatological tissue, comprising: | To the extent the preamble is limiting, the BTL Accused Product is an apparatus for treating dermatological tissue according to Claim 1.<br><br>For example, the BTL Accused Product comprises an RF microneedling system for treating dermatological tissue: |

---

[1] Serendia reserves the right to identify different or additional BTL Accused Products and amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

[2] This analysis is preliminary, and Serendia's investigation is ongoing. Serendia reserves the right to amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

Claim Chart for U.S. Patent No. 12,220,549



BTL website (https://www.btlaesthetics.com.ph/exion/fractional-rf).

The BTL-785W with BTL-785-4 applicator used with tips BTL-785-4-1, BTL-785-4-2, BTL-785-4-5 and BTL-785-4-6 is indicated for use in dermatological and general surgical procedures for electrocoagulation and hemostasis.

The Applicator BTL-785-4 of BTL-785W device used with tips BTL-785-4-3, BTL-785-4-4, BTL-785-4-7 and BTL-785-4-8 is intended for dermatological procedures requiring fractional treatment of the skin. At higher energy levels greater than 62 mJ/pin, use of the BTL-785-4 applicator is limited to Skin Types I-IV.

BTL Exion 510(k) K211639 at 7.



Claim Chart for U.S. Patent No. 12,220,549



EXION Fractional RF Video at 0:13, 0:45 (https://www.youtube.com/watch?v=SNIFFLupgd0).

Claim Chart for U.S. Patent No. 12,220,549



Microneedling RF With BTL Exion at 0:20 (https://www.youtube.com/watch?v=JALCXMr4pBE).

| 1[a] a user holdable device, an end of the user holdable device defining a surface configured to receive a needle module; | The BTL Accused Product comprises a user holdable device, an end of which defines a surface configured to receive a needle module.<br><br>For example, the BTL Accused Product comprises a user holdable device (shown in red) and an end of the user holdable device defines a surface configured to receive a needle module (shown in green). |
|---|---|

Claim Chart for U.S. Patent No. 12,220,549



Claim Chart for U.S. Patent No. 12,220,549



Microneedling RF With BTL Exion at 0:20, 0:25
(https://www.youtube.com/watch?v=JALCXMr4pBE).

| 1[b] wherein the end of the user holdable device is capable of being releasably coupled to the needle module that includes a movable needle assembly that includes a plurality of needles, wherein the needle assembly is located past the | The end of the user holdable device of the BTL Accused Product is capable of being releasably coupled to the needle module that includes a movable needle assembly that includes a plurality of needles, and the needle assembly is located past the end of the user holdable device when the needle module is releasably coupled to the user holdable device.<br><br>For example, in the BTL Accused Product, the end of the user holdable device is capable of being releasably coupled to the needle module. |
|---|---|

Claim Chart for U.S. Patent No. 12,220,549

| | |
|---|---|
| end of the user holdable device when the needle module is releasably coupled to the user holdable device, and | **Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>The BTL-785W device consists of the following main components:<br><br>    • microprocessor-driven control unit<br>    • radiofrequency generator<br>    • user interface with 15.6" color touch screen<br>    • applicators for an application of radiofrequency<br>    • exchangeable applicator tips<br><br>The BTL-785W device has similar technological characteristics compared to its predicate device. The BTL-785W device and the predicates are comprised of a system console and applicator(s). The system console consists of the RF generator, computer, and a touch-screen control panel. The device is accompanied by four applicators enabling connection to exchangeable tips.<br><br>BTL Exion 510(k) K211639 at 6, 9. |

Claim Chart for U.S. Patent No. 12,220,549

**Product Description**

The BTL-785F is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.

The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785F device comes with four different types of applicators.

The BTL-785F device consists of the following main components:

- microprocessor-driven control unit
- radiofrequency generator
- user interface with 15.6" color touch screen
- applicators for an application of radiofrequency
- exchangeable applicator tips

The BTL-785F device has similar technological characteristics compared to its predicate devices. The BTL-785F device and the predicates are comprised of a system console and applicator(s). The system console consists of the RF generator, computer, and the touch-screen control panel. The device is accompanied by four applicators enabling connection to exchangeable tips.

BTL Exion 510(k) K193201 at 6, 9.

9                                                          Claim Chart for U.S. Patent No. 12,220,549



Figure 23: EXION Fractional RF applicator (BTL-785-4)

1.  applicator display
2.  trigger button
3.  exchangeable single use tip

| BTL-785-4-5 | BTL-785-4-6 |
|---|---|
| EXION Fractional RF Non-insulated tip | EXION Fractional RF Insulated tip |

Figure 24: EXION Fractional RF applicator (BTL-785-4) Exchangeable single use tips

Claim Chart for U.S. Patent No. 12,220,549



6. Attach and detach the tip according to the instructions in the table below.

To detach the tip, press both grooved grips while pulling the tip out of the applicator. Each disposable tip has limited lifetime. The device will require a new tip to be connected if the treatment exceeds the tip's pulse life.

Attach the tip in the direction so that the middle protrusion on the tip follows the middle gap on the applicator. Keep pressing the grooved grips until the tip locks into position.

Figure 29: Attaching and detaching the EXION Fractional RF Applicator (BTL-785-4) tip

BTL Aesthetics Exion Operator Manual at 62, 67.

11                                                                 Claim Chart for U.S. Patent No. 12,220,549

The needle module of the BTL Accused Product includes a movable needle assembly that includes a plurality of needles.



Claim Chart for U.S. Patent No. 12,220,549



EXION Fractional RF Video at 0:21, 0:22 (https://www.youtube.com/watch?v=SNIFFLupgd0).

When the needle module is releasably coupled to the user holdable device, the needle assembly of the BTL Accused Product is located past the end of the user holdable device.

13                                    Claim Chart for U.S. Patent No. 12,220,549



Left: BTL Exion handheld device Photos; Right: BTL Exion Fractional RF Clinical Guide at 6.

| 1[c] wherein the user holdable device includes a motor capable of moving the needle assembly to deploy the plurality of needles to penetrate dermatological tissue to a desired depth, and wherein the desired depth is selectable by a user; | The user holdable device of the BTL Accused Product includes a motor capable of moving the needle assembly to deploy the plurality of needles to penetrate dermatological tissue to a desired depth, and the desired depth is selectable by a user.

For example, the user holdable device of the BTL Accused Product includes a motor, which is capable of moving the needle assembly to deploy the plurality of needles to penetrate dermatological tissue to a desired depth. |

Claim Chart for U.S. Patent No. 12,220,549



BTL website (https://www.btlaesthetics.com.ph/exion/fractional-rf).

Claim Chart for U.S. Patent No. 12,220,549

**14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**

Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):

1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.
2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.
3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).
4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.

- Push and hold the trigger button to eject the needles to their maximum length. Visually check the cleanliness of the needles. When the button is released, the needles automatically retract.
- Place and hold an alcohol prep pad over the surface of the tip. Be careful to keep your fingers out of the needle ejection area.
- Double press the trigger button to eject the needles into the alcohol prep pad. Automatic retraction of the needles follows. Repeat this step several times until the needles are clean.

BTL Aesthetics Exion Operator Manual at 63, 69.



Left: BTL Exion handheld device Photos; Right: BTL Exion Fractional RF Clinical Guide at 6.

**Product Description**

The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.

The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.

The BTL-785W device consists of the following main components:

- microprocessor-driven control unit
- radiofrequency generator
- user interface with 15.6" color touch screen
- applicators for an application of radiofrequency
- exchangeable applicator tips

BTL Exion 510(k) K211639 at 6.

18                                          Claim Chart for U.S. Patent No. 12,220,549

| | |
|---|---|
| | **Treatment procedure**<br><br>• Set the treatment parameters. It is recommended to perform several test shots first and observe the skin reaction to verify the parameters.<br>• The choice of treatment parameters should take into consideration the diffusion and depth of the target tissue, as well as its anatomical location. The patient's skin type and tolerance should always be considered.<br>• Use lower treatment settings when treating in close proximity to bone.<br>• Firmly place the applicator perpendicularly to the skin and apply proper pressure to the skin while administering the shots.<br>• For each subsequent pulse, align the edge pulse area with the previous pulse area. There should be no overlap between pulse areas, nor should there be untreated gaps. Pulses should "line up" right next to each other.<br>• Visually monitor the skin for signs of burns throughout the treatment. |

Claim Chart for U.S. Patent No. 12,220,549

## 3.1. Fractional RF treatment

### 3.1.1. Non-insulated microneedle tip

  

| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |
|---|---|---|---|---|---|
| Face | OFF | 30 - 90 | 0.5 - 2.5 | 2 - 5 | 1 - 6 |
| Body | ON | 30 - 100 | 1.5 – 4 | 2 - 5 | 1 - 6 |

**These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response.**

Claim Chart for U.S. Patent No. 12,220,549

### 3.1.2. Insulated microneedle tip

  

| Treatment zones | Extended mode | Energy (%)* | Needle depth (mm) | Number of treatments | Frequency of treatments (weeks)** |
|---|---|---|---|---|---|
| Face | OFF | 30 - 70 | 0.5 - 2.5 | 2 - 5 | 1 - 6 |
| Body | ON | 30 - 80 | 1.5 – 3.5 | 2 - 5 | 1 - 6 |

**These parameters are just a recommendation. Every patient is different and presents with varying degrees of tissue response to heat. Always adjust the treatment settings based on the patient's feedback and skin response.**

BTL Exion Fractional RF Clinical Guide at 5-7.

The desired depth is selectable by a user via a user interface displayed in a display of the BTL Accused Product (*e.g.*, via "Depth" / "Needle depth" setting).

Claim Chart for U.S. Patent No. 12,220,549

**14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**

Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):

1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.
2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.
3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).
4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.
5. **Applicator** – icon representing currently selected applicator. Tap this icon to select a different applicator.
6. **Back** – tap to move to the previous screen.
7. **Save** – save the therapy settings as a new preset.
8. **List tab** – move to the List screen.
9. **Menu** – tap to enter Menu screen for adjusting device settings.
10. **Needle depth illustration** – illustrate a needle depth setting.
11. **Start** – after treatment parameters are set properly, start the therapy.



Figure 27: Ongoing therapy screen – EXION Fractional RF applicator (BTL-785-4)

Claim Chart for U.S. Patent No. 12,220,549

| | |
|---|---|
| | **Tips intended for EMFEMME applicator (BTL-785-3), EXION Fractional RF applicator (BTL-785-4):** / No ultrasound output / **Adjustable values** / **EXION Body applicator (BTL-785-1), EXION Face applicator (BTL-785-2), EMFEMME applicator (BTL-785-3)** / RF power — Continuous 5 to 100% (units relative to rated RF power) / Therapy cycle time — 30 sec / Cooling [EXION Body applicator (BTL-785-1) only] — Level 0-3 (off, 35 °C, 30 °C, 25 °C target temperatures) / **EXION Fractional RF applicator (BTL-785-4)** / Energy — 0–100%; step 10% (relative to rated RF energy/Superficial) / Extended mode — On/Off / Needle depth — 0.02" – 0.16"; step 0.02" (0.5 – 4 mm; step 0.5 mm) / BTL Aesthetics Exion Operator Manual at 63, 65, 74. |
| 1[d] a signal generator, wherein the signal generator is capable of being coupled to the plurality of needles to provide a radio frequency signal, and wherein an intensity of a radio frequency signal is selectable by the user; | The BTL Accused Product comprises a signal generator wherein the signal generator is capable of being coupled to the plurality of needles to provide a radio frequency signal, and wherein an intensity of a radio frequency signal is selectable by the user. The BTL Accused Product comprises a signal generator (*e.g.*, an RF signal generator) coupled to the plurality of needles via electrical connectors (shown below by green arrows) to provide a radio frequency signal. |

Claim Chart for U.S. Patent No. 12,220,549



Left: BTL Exion handheld device Photos; Right: BTL Exion Fractional RF Clinical Guide at 6.

Claim Chart for U.S. Patent No. 12,220,549

**Product Description**

The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.

The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.

The BTL-785W device consists of the following main components:

- microprocessor-driven control unit
- radiofrequency generator
- user interface with 15.6" color touch screen
- applicators for an application of radiofrequency
- exchangeable applicator tips

The BTL-785W device has similar technological characteristics compared to its predicate device. The BTL-785W device and the predicates are comprised of a system console and applicator(s). The system console consists of the RF generator, computer, and a touch-screen control panel. The device is accompanied by four applicators enabling connection to exchangeable tips.

| 510(k) number | K211639 |
|---|---|
| Device name | BTL-785W |
| Company name | BTL Industries, Inc. |

Claim Chart for U.S. Patent No. 12,220,549

| | | |
|---|---|---|
| | **Principle of Action** | Application of the heat to the tissue via RF energy.<br><br>Massaging of body parts with massage attachment. (785-1 applicator only)<br><br>Radiofrequency accompanied by electromagnetic stimulation (785-7 applicator only) |
| | **Clinical Use** | Prescription use |
| | **Energy Source** | 100 – 120 V AC, 50/60 Hz<br>200 – 240 V AC, 50/60 Hz |
| | **Type of Energy Applied** | Electromagnetic Energy – Radiofrequency |
| | **Frequency** | 3.2 MHz ± 5%<br><br>(BTL-785-1, BTL-785-2, and BTL-785-3, BTL-785-7)<br><br>1 MHz ± 5%<br><br>(BTL-785-4) |
| | **Mode of Operation** | Monopolar |

Claim Chart for U.S. Patent No. 12,220,549

| | |
|---|---|
| Ultrasonic Tip Pre-heating Function | Yes (BTL-785-1, 2) |
| Massage Attachment | Yes (BTL-785-1) |
| Number of Microneedles | 6 x 6 |
| Handsfree applicator | Yes |
| Depth of Microneedle Electrodes | 0.5 – 4 mm |
| Number of Pins of Superficial Tips | 32 |
| | 64 |
| Sterilization Method | Ethylene oxide |

BTL Exion 510(k) K211639 at 6, 9, 10, 12, 13.

The signal generator is controlled via a user interface/control panel, and the parameters of the signal can be configured via user selection (*e.g.* the intensity of a radio frequency signal is selectable by the user via the "Energy" setting).

Claim Chart for U.S. Patent No. 12,220,549



BTL Exion UK Debut at 1:41 (https://www.youtube.com/watch?v=U7LG7pjpKhs).

Claim Chart for U.S. Patent No. 12,220,549

**14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**

Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):

1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.
2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.
3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).
4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.
5. **Applicator** – icon representing currently selected applicator. Tap this icon to select a different applicator.
6. **Back** – tap to move to the previous screen.
7. **Save** – save the therapy settings as a new preset.
8. **List tab** – move to the List screen.
9. **Menu** – tap to enter Menu screen for adjusting device settings.
10. **Needle depth illustration** – illustrate a needle depth setting.
11. **Start** – after treatment parameters are set properly, start the therapy.

30           Claim Chart for U.S. Patent No. 12,220,549



Figure 27: Ongoing therapy screen – EXION Fractional RF applicator (BTL-785-4)

BTL Aesthetics Exion Operator Manual at 63, 65.

Claim Chart for U.S. Patent No. 12,220,549

| | |
|---|---|
| 1[e] at least one processor, wherein the at least one processor is configured to provide a signal to cause the motor to deploy the plurality of needles to the desired depth, | The BTL Accused Product comprises at least one processor configured to provide a signal to cause the motor to deploy the plurality of needles to the desired depth.<br><br>For example, the BTL Accused Product includes a processor (*e.g.*, a microprocessor) that receives the user-selected depth parameter from the touch screen user interface and provides a corresponding signal to cause the motor to deploy the needles to the desired depth:<br><br>**Product Description**<br><br>The BTL-785W is a state-of-the-art radiofrequency device that enables the application of therapy by a high-frequency field.<br><br>The control unit of the system is equipped with a large color touch screen that significantly facilitates the use of the device. The on-screen information guides the user step by-step through the entire therapy procedure. The therapeutic parameters are easily set using the touch screen of the device. During the therapy the device displays information about the applied therapy type, remaining therapy time and main therapy parameters on the screen. For easier control, the hand-pieces are equipped with buttons, enabling operation of the device during therapy. The energy flow's quality is indicated by the illuminated treatment tip. The BTL-785W device comes with five different types of applicators.<br><br>The BTL-785W device consists of the following main components:<br><br>• microprocessor-driven control unit<br>• radiofrequency generator<br>• user interface with 15.6" color touch screen<br>• applicators for an application of radiofrequency<br>• exchangeable applicator tips<br><br>The BTL-785W device has similar technological characteristics compared to its predicate device. The BTL-785W device and the predicates are comprised of a system console and applicator(s). The system console consists of the RF generator, computer, and a touch-screen control panel. The device is accompanied by four applicators enabling connection to exchangeable tips. |

Claim Chart for U.S. Patent No. 12,220,549

|  | BTL Exion 510(k) K211639 at 6, 9. |
|---|---|
|  | **14.4  THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**

Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):

1.  **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.
2.  **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.
3.  **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).
4.  **Remaining pulses** – information about remaining number of pulses available for currently connected tip.

• Push and hold the trigger button to eject the needles to their maximum length. Visually check the cleanliness of the needles. When the button is released, the needles automatically retract.
• Place and hold an alcohol prep pad over the surface of the tip. Be careful to keep your fingers out of the needle ejection area.
• Double press the trigger button to eject the needles into the alcohol prep pad. Automatic retraction of the needles follows. Repeat this step several times until the needles are clean.

BTL Aesthetics Exion Operator Manual at 63, 69. |
| 1[f] wherein the at least one processor is configured to provide a signal to cause the signal generator to provide the intensity of the radio frequency signal to the plurality of needles; and | The processor of the BTL Accused Product is also configured to provide a signal to cause the signal generator to provide the intensity of the radio frequency signal to the plurality of needles.

For example, the processor of the BTL Accused Product controls the RF signal generator based on the user-selected energy/intensity parameter. The user selects the energy level on the touch screen, and the processor causes the signal generator to deliver RF energy at the selected intensity to the plurality of needles: |

Claim Chart for U.S. Patent No. 12,220,549

## 14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)

Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):

1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.
2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.
3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).
4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.
5. **Applicator** – icon representing currently selected applicator. Tap this icon to select a different applicator.
6. **Back** – tap to move to the previous screen.
7. **Save** – save the therapy settings as a new preset.
8. **List tab** – move to the List screen.
9. **Menu** – tap to enter Menu screen for adjusting device settings.
10. **Needle depth illustration** – illustrate a needle depth setting.
11. **Start** – after treatment parameters are set properly, start the therapy.

Claim Chart for U.S. Patent No. 12,220,549



Figure 27: Ongoing therapy screen – EXION Fractional RF applicator (BTL-785-4)

Claim Chart for U.S. Patent No. 12,220,549

| | |
|---|---|
| Tips intended for EMFEMME applicator (BTL-785-3), EXION Fractional RF applicator (BTL-785-4): | No ultrasound output |
| **Adjustable values** EXION Body applicator (BTL-785-1), EXION Face applicator (BTL-785-2), EMFEMME applicator (BTL-785-3)<br>    RF power<br>    Therapy cycle time<br>    Cooling [EXION Body applicator (BTL-785-1) only]<br><br>**EXION Fractional RF applicator (BTL-785-4)**<br>    Energy<br><br>    Extended mode<br>    Needle depth | Continuous 5 to 100% (units relative to rated RF power)<br>30 sec<br>Level 0-3 (off, 35 °C, 30 °C, 25 °C target temperatures)<br><br>0–100%; step 10% (relative to rated RF energy/Superficial)<br>On/Off<br>0.02" – 0.16"; step 0.02" (0.5 – 4 mm; step 0.5 mm) |

BTL Aesthetics Exion Operator Manual at 63, 65, 74.

| | |
|---|---|
| 1[g] at least one display. | The BTL Accused Product includes at least one display.<br><br>For example, the BTL Accused Product includes an LCD touch screen display: |

Claim Chart for U.S. Patent No. 12,220,549



BTL Exion UK Debut at 1:41 (https://www.youtube.com/watch?v=U7LG7pjpKhs).

**14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**

Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):

1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.
2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.
3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).
4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.
5. **Applicator** – icon representing currently selected applicator. Tap this icon to select a different applicator.
6. **Back** – tap to move to the previous screen.
7. **Save** – save the therapy settings as a new preset.
8. **List tab** – move to the List screen.
9. **Menu** – tap to enter Menu screen for adjusting device settings.
10. **Needle depth illustration** – illustrate a needle depth setting.
11. **Start** – after treatment parameters are set properly, start the therapy.

Claim Chart for U.S. Patent No. 12,220,549



Figure 27: Ongoing therapy screen – EXION Fractional RF applicator (BTL-785-4)

BTL Aesthetics Exion Operator Manual at 63, 65.

Claim Chart for U.S. Patent No. 12,220,549

| | |
|---|---|
| 9[pre] A handle of an apparatus for treating dermatological tissue, comprising: | The BTL Accused Product is a handle of an apparatus for treating dermatological tissue. For example, *see* 1[pre]. |
| 9[a] a user holdable device, an end of the user holdable device defining a surface configured to receive a needle module; | The BTL Accused Product comprises a user holdable device, an end of which defines a surface configured to receive a needle module. For example, *see* 1[a]. |
| 9[b] a needle module that is releasably couplable from an end of the user holdable device, wherein the needle module includes a movable needle assembly that includes a plurality of needles, and wherein the movable needle assembly is located past the end of the user holdable device when the needle module is releasably coupled to the user holdable device; | The BTL Accused Product comprises a needle module that is releasably couplable from the end of the user holdable device. The needle module includes a movable needle assembly that includes a plurality of needles, and the movable needle assembly is located past the end of the user holdable device when the needle module is releasably coupled. For example, *see* 1[b]. |
| 9[c] a motor capable of moving the needle assembly to deploy the plurality of needles to penetrate dermatological tissue to a desired depth, wherein the desired depth is selectable by a user; and | The BTL Accused Product includes a motor capable of moving the needle assembly to deploy the plurality of needles to penetrate dermatological tissue to a desired depth, wherein the desired depth is selectable by a user. For example, *see* 1[c]. |

Claim Chart for U.S. Patent No. 12,220,549

| | |
|---|---|
| 9[d] spring pins, wherein the spring pins are electrically coupled to the plurality of needles, and wherein the spring pins extend and compress along the same axis as the plurality of needles. | The BTL Accused Product includes spring pins that are electrically coupled to the plurality of needles and extend and compress along the same axis as the plurality of needles. For example, in the BTL Accused Product, the user holdable device includes spring pins (shown in blue) which are electrically coupled to the plurality of needles. The spring pins extend and compress along the same axis as the plurality of needles.<br><br><br><br>Left: BTL Exion handheld device Photos; Right: BTL Exion Fractional RF Clinical Guide at 6. |

Claim Chart for U.S. Patent No. 12,220,549



BTL Exion handpiece Photos.

Claim Chart for U.S. Patent No. 12,220,549

6. Attach and detach the tip according to the instructions in the table below.



To detach the tip, press both grooved grips while pulling the tip out of the applicator. Each disposable tip has limited lifetime. The device will require a new tip to be connected if the treatment exceeds the tip's pulse life.

Attach the tip in the direction so that the middle protrusion on the tip follows the middle gap on the applicator. Keep pressing the grooved grips until the tip locks into position.

Figure 29: Attaching and detaching the EXION Fractional RF Applicator (BTL-785-4) tip

43                                   Claim Chart for U.S. Patent No. 12,220,549

BTL Aesthetics Exion Operator Manual at 67.



Claim Chart for U.S. Patent No. 12,220,549



EXION Fractional RF Video at 0:21, 0:22 (https://www.youtube.com/watch?v=SNIFFLupgd0).

| | |
|---|---|
| 12[pre] A method of treating dermatological tissue, comprising: | To the extent the preamble is limiting, the BTL Accused Product is used to perform a method of treating dermatological tissue. For example, *see* Claim 1[pre]. |
| 12[a] releasably coupling a needle module to a user holdable device, an end of the user holdable device defining a surface configured to receive the needle module; | The method of using the BTL Accused Product comprises releasably coupling a needle module to a user holdable device, an end of the user holdable device defining a surface configured to receive the needle module. For example, *see* 1[a] and 1[b]. |

Claim Chart for U.S. Patent No. 12,220,549

| 12[b1] placing an end surface of the needle module on or near dermatological tissue to be treated, | The method of using the BTL Accused Product comprises placing an end surface of the needle module on or near dermatological tissue to be treated. |
| --- | --- |
| | During treatment, an end surface of the needle module of the BTL Accused Product is placed on or near dermatological tissue to be treated (as shown in purple). |
| |  |
| | Microneedling RF With BTL Exion at 0:20 (https://www.youtube.com/watch?v=JALCXMr4pBE). |

Claim Chart for U.S. Patent No. 12,220,549



Microneedling RF With BTL Exion at 0:25 (https://www.youtube.com/watch?v=JALCXMr4pBE).

| 12[b2] wherein the needle module includes a needle assembly with a plurality of needles, the needle assembly is located past the end of the user holdable device when the needle module is releasably coupled to the user holdable device, and the needle | The method of using the BTL Accused Product includes placing an end surface of the needle module on or near dermatological tissue to be treated. The needle module includes a needle assembly with a plurality of needles, the needle assembly is located past the end of the user holdable device when the needle module is releasably coupled to the user holdable device, and the needle assembly is movable within the needle module to extend the plurality of needles a desired depth into dermatological tissue. For example, *see* 1[b] and 1[c]. |

Claim Chart for U.S. Patent No. 12,220,549

| | |
|---|---|
| assembly is movable within the needle module to extend the plurality of needles a desired depth into dermatological tissue, and | |
| 12[b3] wherein the needle module is releasably couplable from a user holdable device; | The method of using the BTL Accused Product includes placing an end surface of the needle module on or near dermatological tissue to be treated. The needle module is releasably couplable from a user holdable device. For example, *see* 1[b]. |
| 12[c] selecting operational parameters, including the desired depth, an intensity of a radio frequency signal to be provided to the plurality of needles, and a time interval for application of the radio frequency signal; | The method of using the BTL Accused Product includes selecting operational parameters, including the desired depth, an intensity of a radio frequency signal to be provided to the plurality of needles, and a time interval for application of the radio frequency signal. For example, *see* 1[c], 1[d]. <br><br> For example, the LCD touch screen of BTL Accused Product provides user-selectable modes including "Extended mode" which relates to time interval for application of the radio frequency signal. |

Claim Chart for U.S. Patent No. 12,220,549

## 14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)

Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):

1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.
2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.
3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).
4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.
5. **Applicator** – icon representing currently selected applicator. Tap this icon to select a different applicator.
6. **Back** – tap to move to the previous screen.
7. **Save** – save the therapy settings as a new preset.
8. **List tab** – move to the List screen.
9. **Menu** – tap to enter Menu screen for adjusting device settings.
10. **Needle depth illustration** – illustrate a needle depth setting.
11. **Start** – after treatment parameters are set properly, start the therapy.

Claim Chart for U.S. Patent No. 12,220,549



Figure 27: Ongoing therapy screen – EXION Fractional RF applicator (BTL-785-4)

Claim Chart for U.S. Patent No. 12,220,549

| | |
|---|---|
| | **Tips intended for EMFEMME applicator (BTL-785-3), EXION Fractional RF applicator (BTL-785-4):** No ultrasound output <br><br> **Adjustable values** <br> **EXION Body applicator (BTL-785-1), EXION Face applicator (BTL-785-2), EMFEMME applicator (BTL-785-3)** <br> RF power — Continuous 5 to 100% (units relative to rated RF power) <br> Therapy cycle time — 30 sec <br> Cooling [EXION Body applicator (BTL-785-1) only] — Level 0-3 (off, 35 °C, 30 °C, 25 °C target temperatures) <br><br> **EXION Fractional RF applicator (BTL-785-4)** <br> Energy — 0–100%; step 10% (relative to rated RF energy/Superficial) <br> Extended mode — On/Off <br> Needle depth — 0.02" – 0.16"; step 0.02" (0.5 – 4 mm; step 0.5 mm) <br><br> BTL Aesthetics Exion Operator Manual at 63, 65, 74. |
| 12[d] communicating a signal to a motor on the user holdable device to extend the plurality of needles to the desired depth; and | The method of using the BTL Accused Product includes communicating a signal to a motor on the user holdable device to extend the plurality of needles to the desired depth. For example, *see* 1[c] and 1[e]. |
| 12[e] communicating radio frequency signals to the plurality of needles at the intensity and for the time interval selected. | The method of using the BTL Accused Product includes communicating radio frequency signals to the plurality of needles at the intensity and for the time interval selected. For example, *see* 1[d]. <br><br> For example, the LCD touch screen of BTL Accused Product provides user-selectable modes including "Extended mode" which relates to time interval for application of the radio frequency signal. |

Claim Chart for U.S. Patent No. 12,220,549

**14.4 THERAPY SETTINGS – EXION FRACTIONAL RF APPLICATOR (BTL-785-4)**

Prior to treatment, the main console screen shows the Therapy Screen (Figure 26). Set therapy settings manually on Therapy Screen prior to treatment. The numbered tags in Figure 26 correspond to the following elements in the Therapy Screen for the EXION Fractional RF applicator (BTL-785-4):

1. **Extended mode** – to turn the Extended mode ON/OFF, move the slider up/down. The slider enables to turn OFF/ON the Extended mode delivering pulses with longer pulse width.
2. **Energy** – to set the energy value, move the Energy slider. For fine settings, use the +/- buttons and set the desired value. The maximum selectable value is 100%.
3. **Needle depth** – the Needle depth slider enables setting of needle depth from 0.02" – 0.16" by step of 0.02" (0.5 – 4.0 mm by step of 0.5 mm).
4. **Remaining pulses** – information about remaining number of pulses available for currently connected tip.
5. **Applicator** – icon representing currently selected applicator. Tap this icon to select a different applicator.
6. **Back** – tap to move to the previous screen.
7. **Save** – save the therapy settings as a new preset.
8. **List tab** – move to the List screen.
9. **Menu** – tap to enter Menu screen for adjusting device settings.
10. **Needle depth illustration** – illustrate a needle depth setting.
11. **Start** – after treatment parameters are set properly, start the therapy.



Figure 27: Ongoing therapy screen – EXION Fractional RF applicator (BTL-785-4)

Claim Chart for U.S. Patent No. 12,220,549

| Tips intended for EMFEMME applicator (BTL-785-3), EXION Fractional RF applicator (BTL-785-4): | No ultrasound output |
|---|---|
| Adjustable values<br>EXION Body applicator (BTL-785-1), EXION Face applicator (BTL-785-2), EMFEMME applicator (BTL-785-3)<br>    RF power<br>    Therapy cycle time<br>    Cooling [EXION Body applicator (BTL-785-1) only]<br><br>EXION Fractional RF applicator (BTL-785-4)<br>    Energy<br><br>    Extended mode<br>    Needle depth | <br><br><br><br>Continuous 5 to 100% (units relative to rated RF power)<br>30 sec<br>Level 0-3 (off, 35 °C, 30 °C, 25 °C target temperatures)<br><br>0–100%; step 10% (relative to rated RF energy/Superficial)<br>On/Off<br>0.02" – 0.16"; step 0.02" (0.5 – 4 mm; step 0.5 mm) |

BTL Aesthetics Exion Operator Manual at 63, 65, 74.

Claim Chart for U.S. Patent No. 12,220,549