**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**SERENDIA, LLC**

CASE NO. :  1:26−CV−12836-PBS

*vs*                                                                                  *Plaintiff*

**BTL INDUSTRIES, INC., ET AL.**

*Defendant*

---

## AFFIDAVIT OF SERVICE

State of Delaware  }
County of New Castle }   ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware.

That on **06/25/2026** at **9:16 AM** at **501 Silverside Rd., Suite 105, Wilmington, DE 19809**

I served a(n) **Summons in a Civil Action, Complaint for Patent Infringement with Exhibits 1-11, Civil Cover Sheet, Category Form, Plaintiff's Corporate Disclosure Statement, and Report on the Filing or Determination of an Action Regarding a Patent or Trademark**

on **BTL Industries, Inc. c/o Valis Group Inc., Registered Agent,**

by delivering thereat a true copy of each to **Roxane Canster, Intake Team** personally, who stated that he/she is **authorized to accept service** thereof.

Description Of Person Served Based On Undersigned's Perception: Gender:
Female
Race:  White Hair:
Blonde Age: 36 - 50 Yrs.
Height: 5' 0" - 5' 3"
Weight:100-130 Lbs.
Other:

Sworn to before me this
25 day of June, 2026

_____
NOTARY PUBLIC

_____
William Besco

ZAHID HOSSAIN NAWAZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2026