**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SERENDIA, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>BTL INDUSTRIES, INC,<br>BTL INDUSTRIES LIMITED,<br>BTL HEALTHCARE TECHNOLOGIES A/S,<br>BTL ENTERPRISE GROUP A/S,<br>BTL MEDICAL TECHNOLOGIES S.R.O.,<br>and BTL HOLDING LIMITED,<br><br>            Defendants. | C.A. No. 26-cv-12836-PBS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**FOR BTL INDUSTRIES, INC. TO RESPOND TO THE COMPLAINT**

Defendant BTL Industries, Inc. hereby moves for an extension of time to respond to the Complaint.  In support of this motion, BTL Industries states as follows:

1.      Serendia LLC ("Serendia") initiated this action against Defendants on June 22, 2026 (D.I. 1).

2.      Defendant BTL Industries, Inc. was served with the Complaint on June 25, 2026 (D.I. 6).

3.      The deadline for BTL Industries, Inc. to file its response to the Complaint is currently July 16, 2026.

4.      This is the first request for an extension of time to respond to the Complaint sought by BTL Industries.

5.      The requested extension will not prejudice any party and Serendia does not oppose the relief sought herein.

For the foregoing reasons, BTL Industries requests that the Court extend the deadline for BTL Industries, Inc. to file its response to the Complaint for thirty (30) days up to and including August 17, 2026.

BTL INDUSTRIES, INC.,

By its attorneys,

*/s/ Heather B. Repicky*
Heather B. Repicky (BBO# 663347)
hrepicky@btlaw.com
BARNES & THORNBURG LLP
One Marina Drive, Suite 1530
Boston, MA 02210
(617) 316-5310

Dated: July 15. 2026

## RULE 7.1 CERTIFICATION

I certify that I met and conferred with counsel for Serendia LLC on July 14, 2026.  Counsel advised me that Serendia LLC does not oppose the relief requested by BTL Industries, Inc.

*/s/ Heather B. Repicky*

## CERTIFICATE OF SERVICE

I certify that on, July 15, 2026 a true and correct copy of this document (filed through the Court's CM/ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Heather B. Repicky*